FEITLIN, YOUNGMAN, KARAS
& GERSON, LLC
Jonathan M. Ettman, Esq.
Heritage Plaza II
65 Harristown Road, Suite 207
Glen Rock, New Jersey 07452
☎201-791-4400     🖷201-791-5659
📧 JEttman@fykglaw.com
*Attorneys for plaintiff, Express Freight Systems Inc.*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EXPRESS FREIGHT SYSTEMS INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>YMB ENTERPRISES INC., JOEL MENDLOVIC, JOHN DOES 1-10 and ABC CORPS. 1-10 (said names being fictitious),<br><br>*Defendant(s).* | Civil Action No.: 1:20-cv-00186-ARR-LB<br><br>*Civil Action*<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE**, that the plaintiff, Express Freight Systems Inc., hereby dismisses the Second through Tenth Counts of its Complaint without prejudice, and without costs, as to all defendants.

Dated: February 12, 2020
        Glen Rock, New Jersey

                          FEITLIN, YOUNGMAN, KARAS
                          & GERSON, LLC
                          Attorneys for Plaintiff
                          Express Freight Systems Inc.

By:     ***/S/ Jonathan M. Ettman, Esq.***
        Jonathan M. Ettman, Esq.
        Feitlin, Youngman, Karas & Gerson, LLC
        65 Harristown Road, Suite 207
        Glen Rock, NJ 07452
        201-791-4400
        201-791-5659 (fax)
        JEttman@fykglaw.com