**From:** Levi Huebner Esq
**Sent:** Monday, December 28, 2020 3:09 PM
**To:** Jonathan M. Ettman, Esq. <jettman@fykglaw.com>
**Subject:** 12/29/2020; Express Freight Systems, Inc. v YMB Enterprises, Inc., et al.; Assignment No. 4374837; Status: Scheduled

Dear Mr. Ettman:

Please be advised that our call was conducted on speaker phone and my associate was present when you rudely hung up. Furthermore, I contacted my VOI carrier and they confirmed that that will request the electronic information from your carrier to furnish evidence indicating that you disconnected the call.

Please be reminded, my client is available tomorrow via cell phone. As you have failed to furnish an alternative, he will not be able to review any documents, unless, you send someone to hand each document to my client. (And simultaneously furnish a copy of the same document to counsel).

Needless, to say, you continue to refuse pursuant to FRCP 30 (B) (6) to apprise defendant and "describe with reasonable particularity the matters for examination."

Please be further advised that your failure to cooperate will not be to my client's detriment.

If you choose to procced tomorrow without resolving the foregoing that will be to Plaintiff's detriment.

Thank you for your consideration in this matter. Please feel free to contact the undersigned with any questions.

Very truly yours,
Levi Huebner

Levi Huebner & Associates, PC
*Attorneys and Counselors at Law*

488 Empire Boulevard, Suite 100
Brooklyn, NY 11225
Tel:  (212) 354-5555
Fax: (718) 636-4444

EMAIL: NEWYORKLAWYER@MSN.COM

NOTICE: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this email, or any attachments hereto. NOTICE OF ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is intended to be a confidential transmission of information or documents

from Levi Huebner & Associates, PC  which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.