FEITLIN, YOUNGMAN, KARAS
& GERSON, LLC
Jonathan M. Ettman, Esq.
Heritage Plaza II
65 Harristown Road, Suite 207
Glen Rock, New Jersey 07452
☎201-791-4400      🖷201-791-5659
📧 JEttman@fykglaw.com
*Attorneys for plaintiff, Express Freight Systems Inc.*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXPRESS FREIGHT SYSTEMS INC., <br><br> *Plaintiff,* <br><br> v. <br><br> YMB ENTERPRISES INC., <br><br> *Defendant(s).* | Civil Action No.: 1:20-cv-00186-ARR-LB <br><br> *Civil Action* <br><br> ***CERTIFICATION OF RODNEY WELTMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT*** |

I, RODNEY WELTMAN, of full age, do hereby certify and say:

1.     I am the owner and sole shareholder of plaintiff Express Freight Systems, Inc. ("Plaintiff"). I make this Certification based on my own personal knowledge as well as my review of Plaintiff's records kept in the ordinary course of business. I am familiar with Plaintiff's business and recordkeeping processes and procedures. I reviewed Plaintiff's records, which were made at or near the time of the information reflected in such records by individuals with personal knowledge of the information, including me.

2.     I make this Certification in support of Plaintiff's motion for partial summary judgment against defendant YMB Enterprises, Inc. ("Defendant").

3.     Plaintiff is a transportation broker in the business of arranging for the interstate and intrastate transportation of freight by motor vehicle. Plaintiff specializes in arranging for the

hauling of freight for companies in the food industry. I have owned and operated Plaintiff since April 2005, and I have been working as a broker in the freight hauling industry since 1995.

4.     As a broker, Plaintiff is retained by parties seeking to have their goods/merchandise/freight transported to the parties' customers.     Parties typically utilize Plaintiff's services, rather than arrange for transportation themselves, because Plaintiff is best positioned to identify and secure carriers, and can often secure the most favorable deal for the particular transportation job.  Plaintiff then secures the carrier and assigns it to transport freight from the party who retained Plaintiff.  After the carrier transports the freight, Plaintiff receives payment from the party, and Plaintiff then pays the carrier a fee for its services.  Plaintiff earns a profit which is generally based on the difference between the fee it receives from the party and the fee it pays the carrier.

5.     The party retaining the broker to arrange for transportation of freight does not contract with, or pay, the carrier.  In other words, there is no privity between the party seeking transportation and the carrier who provides it.  The party is, therefore, the broker's customer, not the carrier's customer.

6.     Beginning in 2013, Plaintiff began receiving requests from Furmano Foods, Inc. ("Furmano"), a family-owned food manufacturing company located in Northumberland, Pennsylvania, to arrange for transportation of freight from Furmano's facility in Pennsylvania to its customers in New York.  Over the next few years, Plaintiff earned Furmano's trust by providing reliable and competent service, which, in turn, led to Furmano providing Plaintiff with more and more freight hauling jobs.

7.     As a result of the burgeoning relationship with Furmano, which Plaintiff worked hard to develop and grow through its competent and reliable service, Plaintiff's business with

Furmano grew exponentially over time. In fact, Plaintiff generated $19,651, per month, in gross revenues, and $3,696, per month, in net profit, on jobs it arranged for Furmano during the period of October 2016 through September 2018.

8.     Moreover, the interpersonal relationships between my company and Furmano, particularly with their Manager of Logistics, Chip Stuckey, was excellent. At no time did Mr. Stuckey or anyone else from Furmano complain about Plaintiff's work or otherwise give any indication of any displeasure with Plaintiff's work.

9.     In July of 2018, Plaintiff posted an advertisement on an industry website called "Power.dat.com", seeking carriers to transport freight from Furmano to a final destination in Brooklyn, New York. The advertisement identified Furmano as Plaintiff's customer and contained the date of pick up from Furmano, the date of delivery to the destination and the type of equipment needed to haul the load. On July 26, 2018, Defendant responded to the advertisement and requested that it be retained for the job.

10.     At no time during the discussions between Plaintiff and Defendant concerning Plaintiff retaining Defendant did Defendant advise Plaintiff that it was familiar with Furmano, let alone that it had ever transported freight from Furmano's facility in the past either through other brokers or directly for Furmano. As it turned out Defendant had hauled freight from Furmano on four (4) prior occasions, on June 22 and 29, 2018, July 10 and 18, 2018, on jobs arranged through another transportation broker. Copies of Carrier Rate Confirmations reflecting such prior jobs, which were produced by Defendant in discovery, are annexed hereto as **Exhibit A**.

11.     At the conclusion of the parties' discussions, the parties entered into a written contract dated July 26, 2018, pursuant to which Plaintiff agreed to offer for shipment, and Defendant agreed to transport on its own equipment, at least 100,000 pounds of freight annually

in a series of jobs as may be tendered by Plaintiff as broker (the "Contract"). A copy of the Contract is annexed hereto as **Exhibit B**. As plainly evident by the language in the Contract, the Contract was not limited to jobs with any one of Plaintiff's customers. It was going to cover a series of jobs totaling at least 100,000 pounds of freight annually.

12.    Paragraph 11 of the Contract contains a no-contact/non-solicitation provision preventing the carrier, in this case Defendant, from having direct contact with, or soliciting, any of Plaintiff's customers. In particular, Paragraph 11 of the Contract states:

> CARRIER agrees to support and protect BROKER'S efforts in performance of this agreement by refraining from ANY direct contact or solicitation of BROKER'S customers. During the term of this agreement and for a period of 2 years from the time of termination of this agreement, CARRIER shall not directly or indirectly solicit or do business of a transportation or warehouse nature with any of BROKER'S customers who are serviced by CARRIER as a result of this agreement unless otherwise agreed to in writing.

13.    Paragraph 11 of the Contract further provides that in the event of Defendant's breach of the Contract, Plaintiff would be entitled to both (i) a commission from Defendant in the amount of twenty-five (25%) percent of the transportation revenue received on the movement of the traffic, and (ii) any damages that Plaintiff may incur.

14.    In addition, under Paragraph 13 of the Contract, Defendant agreed that Plaintiff's compensation for its services was confidential, and that Defendant would not reveal to anyone the terms of the Contract, the pricing of transportation services or any other details of the business conducted between the parties.

15.    The obvious reason why Plaintiff included Paragraphs 11 and 13 of the Contract was to protect its relationships with its customers that were developed and nurtured over time and at Plaintiff's expense, and prevent carriers from directly competing with Plaintiff, particularly while simultaneously working for, and receiving compensation from, Plaintiff. It

goes without saying that if carriers working under contract for Plaintiff were permitted to arrange jobs directly with Plaintiff's customers, then Plaintiff's role in brokering transportation jobs would be obsolete and its business would be irreparably harmed.

16.     Notably, the no-contact/non-solicitation provision serves not just to prevent the carrier and the customer from directly contracting with each other, but also to preserve the good will established with the customer. In other words, Plaintiff, like all brokers, does not want carriers that it hires and sends out to work on jobs with Plaintiff's customers from dealing with those customers over any issues that might arise in connection with the job. If questions arise, or problems occur, then it is Plaintiff who should be addressing the matter with the customer, not the carrier. Plaintiff does not want carriers possibly interfering or damaging the relationship and, thus, the contract precludes direct contact by the carrier with the customer.

17.     No-contact/non-solicitation provisions such as the one in Paragraph 11 are standard throughout the freight hauling industry since every transportation broker has the same interests as Plaintiff – to prevent carriers that are hired by the broker and assigned to do jobs with the broker's customers from directly competing with the broker by getting direct work from those same customers, and from otherwise interfering or damaging the broker's relationship with the customer.

18.     At no time before or after entering into the Contract did Defendant ever attempt to revise Paragraph 11 or any other provision of the Contract, or otherwise raise any concerns with Plaintiff about being restricted from having contact with or working directly for any of Plaintiff's customers, including Furmano.

19.     Following the parties' entry into the Contract, Plaintiff arranged for at least nine (9) separate jobs for Defendant to transport freight from Furmano, and paid Defendant for same.

Copies of the Dispatch Confirmations and the Bills of Lading for these jobs are annexed hereto as **Exhibit C,** while copies of payment receipts showing Plaintiff's payments to Defendant for such work are annexed hereto as **Exhibit D.**

20.    A few months later, in or around October 2018, I noticed that Furmano had virtually stopped using Plaintiff's services.    As a result, on October 11, 2018, one of my employees, Robert Rosen, emailed Chip Stuckey, the Manager of Logistics for Furmano, to inquire whether there was a reason for the drop off in work. Mr. Stuckey responded by advising Mr. Rosen that Defendant and another company called Class Logistics had directly contacted and solicited Furmano for freight hauling jobs, and underpriced Plaintiff.    A copy of the email exchange between Mr. Rosen and Mr. Stuckey on October 11, 2018 and November 5, 2018 is annexed hereto as **Exhibit E.**

21.    Mr. Stuckey has also supplied a sworn Certification in this matter attesting that he was solicited by Defendant.

22.    After learning from Mr. Stuckey that Defendant had solicited him, I called Volvie Mendlovic, an employee of Defendant, to find out why he was "back soliciting" me, which is industry parlance for when a carrier goes behind a broker's back and solicits the broker's customer.    Mr. Mendlovic admitted to me during our conversation that he had violated the Contract by soliciting Furmano, and he apologized. He even offered to pay Plaintiff commissions on the loads Defendant transported for Furmano and any future loads.

23.    Thereafter, on or about December 4, 2018, I communicated with Mr. Stuckey and explained that Defendant was under contract with Plaintiff while it was working directly with Furmano, and I asked him if he would identify all jobs Defendant did directly for Furmano.    In an email dated January 7, 2019, Mr. Stuckey supplied a spreadsheet showing, in his words, "all

the [Defendant] business we have done directly through [Defendant]." A copy of Mr. Stuckey's January 7, 2019 email and the Furmano spreadsheet are annexed hereto as **Exhibit F**. The spreadsheet shows Defendant began doing work directly with Furmano in October 2018, after Defendant entered into the Contract with Plaintiff on July 26, 2018. If Furmano had been a customer of Defendant prior to Defendant entering into the Contract with Plaintiff, meaning that it had worked directly with and paid Defendant, then the spreadsheet presumably would have shown jobs performed by Defendant for Furmano prior to July 26, 2018. The fact that it did not show any such prior jobs is because Furmano was never Defendant's customer.

24.   It was later learned that Defendant had actually been paid $41,000.00 from Furmano for the work it did directly for Furmano, as evidenced by **Exhibit G** annexed hereto, which is comprised of Defendant's list of invoices and payment receipts produced in discovery.

25.   On February 20, 2019, I filed a "Freightguard Report", on an industry-related website in which I set forth that Defendant had "back solicited" Plaintiff. A copy of the Freightguard report is annexed hereto as **Exhibit H**.

26.   That same day, Volvie Mendlovic filed a response on the Freightguard Report in which he repeatedly lies, first by stating that Plaintiff contacted Defendant to move a load from Furmano, when the record in this case reflects, unequivocally, that Defendant responded to Plaintiff's advertisement and contacted Plaintiff, and, second, by stating that Defendant "told [Plaintiff] that Furmano was Defendant's customer. In fact, Defendant never told Plaintiff that Furmano was Defendant's customer or that Defendant had even move freight for Furmano previously through another broker, and Mendlovic testified as much during his deposition in this case. Mr. Mendlovic's only truthful statement in his response in the Freightguard Report was that he had offered to pay Plaintiff a commission for violating the Contract.

27.     Given that the Contract precluded Defendant from having any direct contact with Plaintiffs' customers, Defendant should not have engaged in any discussion with Furmano about doing work directly for Furmano, regardless of who solicited who.  If Furmano solicited Defendant to do the work, then Defendant should have advised Furmano that it was under contract with Plaintiff and notified Plaintiff about the encounter.  Under no circumstances should Defendant have had direct contact with Furmano and entertained an offer, and then actually worked directly for Furmano, all while under contract with Plaintiff.

28.     It is simply illogical, unreasonable and contrary to industry practice for Defendant, while under contract with Plaintiff to perform a series of jobs, and receiving jobs from Plaintiff to transport freight from Furmano, for which Defendant was paid, to still believe that it could freely work directly for Furmano.

29.     Nevertheless, that is just what Defendant did.  And Defendant offers no rational explanation for keeping the encounter with Furmano a secret from Plaintiff, and for not disclosing to Furmano that Defendant was under contract with Plaintiff.

30.     As someone who has been working as a broker in the freight hauling business for 26 years, I can say with absolute certainty that Defendant's actions of arranging to do work directly with Plaintiff's customer, Furmano, while under contract with Plaintiff violate all that is sacred in the freight hauling business, which is why I posted about Defendant's actions on Freightguard - so that other industry players would be alerted to Defendant's underhanded, nefarious conduct.

31.     As a result of Defendant's breach of the Contract, Plaintiff has been significantly damaged inasmuch as Plaintiff lost the jobs that Defendant did directly for Furmano during the period of October 2018 through December 2018, and has suffered damages including lost profits.

32.    With respect to the lost jobs during the period of October 2018 through December 2018, Defendant is responsible for paying Plaintiff twenty-five (25%) percent of the $41,000.00 total revenue Defendant received, pursuant to Paragraph 11 of the Contract.  The full extent of Plaintiff's remaining damages will be addressed at a plenary hearing or trial.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
RODNEY WELTMAN

Dated: June 18, 2021

# Exhibit A

# Exhibit A

## CARRIER RATE CONFIRMATION
Page 1 / 1

### LOAD NUMBER 9101212  MUST APPEAR ON YOUR INVOICE!

BOOKED BY BRIAN DOWLING          B/L# 232028          PO# 16312388          9101212

| | |
|---|---|
| **CARRIER** YMB ENTERPRISES INC | **EQUIPMENT REQUIRED** VAN 53ft |
| **CARRIER CODE** 140127 | **WEIGHT** 42964lbs |
| **OFFICE** | **REF #** |
| **BOOKED WITH** Volvie | **CHARGES** |
| **PHONE** 718-782-3490 | $1,200.00 FLAT RATE |
| **FAX** 718-732-0042 | $1,200.00 TOTAL |
| **TOLL FREE** | |

140127

---

**PICKUP**  06/22/2018  15:00

FURMANO'S FOODS
770 CANNERY ROAD
NORTHUMBERLAND, PA 17857

**CONTACT** ELLEN
**PHONE** 570-473-4504
**EMAIL**

**PICKUP #232028**

**SHIP #**

**SHIPMENT DESCRIPTION**
1 TL 944 CS  42964lbs  0ft

---

**DELIVER**  06/25/2018  10:00

RD/JETRO C&C #163 MASPETH
UNIPRO # 2752-30
43-40 57TH AVE
MASPETH, NY 11378

**CONTACT**
**PHONE**
**EMAIL**

**DELIVERY #16312388**

**SHIPMENT DESCRIPTION**

---

Carrier warrants that it is duly and legally qualified to provide the transportation services herein and holds at least $1,000,000 in auto liability and cargo insurance of at least $100,000. Accessorial charges must be stated above or agreed to in a subsequent signed rate confirmation between Broker and Carrier. Carrier must submit signed carrier confirmation(s) with Carrier's invoice, a legible copy or original proof of delivery. Unauthorized delayed service shall be charged to Carrier, not to exceed the actual charges assessed against Broker for which Carrier's actions are at fault. A minimum charge of $100 shall apply to missed appointments. Carrier is prohibited from subcontracting this Load to any other Carrier or Broker. Broker reserves the right to pay the delivering carrier directly and Carrier named below shall remain primarily liable as provided herein. Carrier shall defend, indemnify and hold harmless Broker, its shipper customer, and the bill of lading parties from any claims, actions or damages, arising out of Carrier's performance hereunder, including damages of any kind asserted against Broker for negligent hiring of Carrier, cargo loss and damage, theft, delay, damage to property, and personal injury or death. Carrier represents it has adequate coverage for towing and any towing invoice in excess of coverage shall be Carrier's sole responsibility. Broker shall be permitted to offset carrier payables for any loss, delay, shortage or damage  Carrier agrees that any loss or damage to customer's food grade cargo shall be considered a total loss. Carrier forfeits its right to be paid in the event Broker's freight is held hostage. Carrier payment terms are net 30 days from the date Broker receives Carrier's invoice, a legible copy or original proof of delivery, matching confirmation(s), and reimbursable receipts. If Fuel Surcharge is not separately stated, then Flat Rate is all inclusive. The Carrier, and any connecting Carrier, shall not receive for transport any freight that shall be excluded from coverage under its primary cargo policy. Delivery and pick-up dates and hours will not require the driver to violate hours of service regulations. Routing instructions are for informational purposes only.

**Carrier submit invoices via email to sendmybill@suncektts.com.**

**Quick Pay Requests must be sent to quickpay@suncektts.com or faxed to 877-582-0971 BY 3:00pm est. You must indicate if you want a Comdata Express Check or check by mail.**

### DRIVER MUST CALL FOR DISPATCH AT: Brian Dowling - 201.808.8634

Signature _____     Position _____     Date _____

Carrier Signature _____     Position _____     MC# 00598327  DOT# 1531468  Date _____

11000 FRISCO STREET, SUITE 100, FRISCO, TX 75033     TEL 201-839-4082

YMB 000001



**(SHIPPER CONSIGNOR)**

**FURMANO FOODS**

770 Cannery Road
Northumberland, PA 17857
Phone: (570) 473-3516

**UNIFORM STRAIGHT BILL OF LADING**

ORIGINAL - NOT NEGOTIABLE - FOB ORIGIN

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all of the terms and conditions not prohibited by law, whether printed or written herein contained, including the conditions on page two, which are hereby agreed to by the Shipper, the Receiver and the Carrier, and their assigns. Shipper, Receiver and Carrier certify that they are familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to accepted.

RD / JETRO C&C #163 MASPETH
UNIPRO # 2752-30
43-40 57TH AVE
MASPETH, NY 11378
718-707-9330

Furmano Order No: 232028

Load No: 102923

Customer PO: 16312388000

Shipped: 6/22/2018 2:32:48 PM

| Product No. | UPC No. | Description | Qt Order | Qt Ship | Lot | Qty |
|---|---|---|---|---|---|---|
| 250876 | 760695014736 | 6/10 CHEF'S QUALITY CHICK PEAS | 392 | 392 | A8082 | 141 |
| | | | | | B8082 | 27 |
| | | | | | D8066 | 64 |
| | | | | | E8081 | 48 |
| | | | | | F8166 | 112 |
| 292876 | 760695014774 | 6/10 CHEF'S QUALITY WHITE KIDNEYS BNS | 56 | 56 | C8083 | 56 |
| 442868 | 760695002573 | 6/10 ISABELLA DICED TOM | 112 | 112 | B7291 | 112 |
| 480868 | 760695002559 | 6/10 ISABELLA PEELED TOM | 336 | 336 | H7273 | 336 |
| 72D868 | 760695001071 | 6/10 ISABELLA SUPER HVY PIZZA SAUCE | 24 | 24 | L7277 | 24 |
| 918876 | 760695014804 | 6/10 CHEF'S QUALITY XFCY VEG BNS | 16 | 16 | C8115 | 16 |
| F10377 | 041188041584 | 6/10 FURO HOME-STYLE SPAG SAUCE | 8 | 8 | M7256 | 8 |

Instructions: (none)

Pallets     shipped: 0     return_____     Chep: 19

Trailer: 400     Seal: 0149994

Total Cases: 944     Total Weight: 42,964     Packer Signature: _____

Maspeth #63

Date:_____ Rec#_____
Vendor#_____ PO#_____
AV#_____ Cases 944
Avg Temp_____ Pallets_____
Rec. Sign_____
Dri_____

**VEHICLE ACCEPT INSPECTION**

I CERTIFY THAT I HAVE RECEIVED THE QUANTITY AND TYPE OF GOODS STATED IN THIS BILL OF LADING IN GOOD CONDITION AND IS LOADED TO MY SATISFACTION.

Received _____ Cases ____ Date _____

Signature _____

Carrier _____

Address _____

Phone _____

Freight charges are PREPAID
unless marked collect.
CHECK BOX IF COLLECT     ☐

FOR FREIGHT COLLECT SHIPMENTS.
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:

The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

_____ WFS
(Signature of Consignor)

*Terms and Conditions Continued on Last Page*

## CARRIER RATE CONFIRMATION
Page 1 / 1

**LOAD NUMBER 9109577 MUST APPEAR ON YOUR INVOICE!**

9109577

BOOKED BY BRIAN DOWLING        B/L# 232378        PO# 818454650

| | |
|---|---|
| **CARRIER** YMB ENTERPRISES INC | **EQUIPMENT REQUIRED** VAN 53ft |
| **CARRIER CODE** 140127 | **WEIGHT**    42252lbs |
| **OFFICE** | **REF #**     ext 301 |
| **BOOKED WITH** Volvie | **CHARGES** |
| **PHONE** 718-782-3490 | $1,250.00 FLAT RATE |
| **FAX** 718-732-0042 | $1,250.00 TOTAL |
| **TOLL FREE** | |

140127

---

**PICKUP**     06/29/2018  15:00

FURMANO'S FOODS
770 CANNERY ROAD
NORTHUMBERLAND, PA 17857

**CONTACT** ELLEN
**PHONE** 570-473-4504
**EMAIL**

**PICKUP #232378**

**SHIP #**

**SHIPMENT DESCRIPTION**
1 TL 928 CS  42252lbs  0ft

---

**DELIVER**     07/02/2018  09:00

JETRO CASH & CARRY #818
100 OAK POINT AVE
BRONX, NY 10474

**CONTACT**
**PHONE**
**EMAIL**

**DELIVERY #818454650**

**SHIPMENT DESCRIPTION**

---

Carrier warrants that it is duly and legally qualified to provide the transportation services herein and holds at least $1,000,000 in auto liability and cargo insurance of at least $100,000. Accessorial charges must be stated above or agreed to in a subsequent signed rate confirmation between Broker and Carrier. Carrier must submit signed carrier confirmation(s) with Carrier's invoice, a legible copy or original proof of delivery. Unauthorized delayed service shall be charged to Carrier, not to exceed the actual charges assessed against Broker for which Carrier's actions are at fault. A minimum charge of $100 shall apply to missed appointments. Carrier is prohibited from subcontracting this Load to any other Carrier or broker. Broker reserves the right to pay the delivering carrier directly and Carrier named below shall remain primarily liable as provided herein. Carrier shall defend, indemnify and hold harmless Broker, its shipper customer and the bill of lading parties from any claims, actions or damages, arising out of Carrier's performance hereunder, including damages of any kind asserted against Broker for negligent hiring of Carrier cargo loss and damage, theft, delay, damage to property, and personal injury or death. Carrier represents it has adequate coverage for towing and any towing invoice in excess of coverage shall be Carrier's sole responsibility. Broker shall be permitted to offset carrier payables for any loss, delay, shortage or damage. Carrier agrees that any loss or damage to customer's food grade cargo shall be considered a total loss. Carrier forfeits its right to be paid in the event Broker's freight is held hostage. Carrier payment terms are net 30 days from the date Broker receives Carrier's invoice, a legible copy or original proof of delivery, matching confirmation(s), and reimbursable receipts. If Fuel Surcharge is not separately stated, then Flat Rate is all inclusive. The Carrier, and any connecting Carrier, shall not receive for transport any freight that shall be excluded from coverage under its primary cargo policy. Delivery and pick-up dates and hours will not require the driver to violate hours of service regulations. Routing instructions are for informational purposes only.

**Carrier submit invoices via email to sendmybill@sunteckttts.com**

**Quick Pay Requests must be sent to quickpay@sunteckttts.com or faxed to 877-582-0971 BY 3:00pm est. You must indicate if you want a Comdata Express Check or check by mail.**

## DRIVER MUST CALL FOR DISPATCH AT: Brian Dowling - 201.808.8634

Signature _____     Position _____     Date _____

Carrier Signature _____     Position _____     MC# 00598327  DOT# 1531468  Date _____

11000 FRISCO STREET, SUITE 100, FRISCO, TX 75033   TEL 201-839-4082



**FURMANO FOODS**
770 Cannery Road
Northumberland, PA 17857
Phone: (570) 473-3516

(SHIPPER/CONSIGNOR)

**UNIFORM STRAIGHT BILL OF LADING**
*ORIGINAL - NOT NEGOTIABLE - FOB ORIGIN*

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and designed as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions not prohibited by law, whether printed or written, herein contained, including the conditions on page two, which are hereby agreed to by the Shipper and accepted for himself and his assigns.

Shipper, Receiver and Carrier certify that they are familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to and accepted.

| | |
|---|---|
| C RD / JETRO C&C #818 BRONX<br>o 100 OAK POINT AVE<br>n<br>s BRONX, NY 10474<br>e 718-991-4775 | Furmano Order No: 232378<br><br>Load No: 105196<br><br>Customer PO: 81845465000<br><br>Shipped: 6/29/2018 1:33:57 PM |

| Product No. | UPC No. | Description | Qt Order | Qt Ship | Lot | Qty |
|---|---|---|---|---|---|---|
| 173876 | 760695015894 | 6/10 CHEF'S QUALITY 3 BEAN SALAD NO CS | 16 | 16 | B7222 | 16 |
| 235876 | 760695014750 | 6/10 CHEF'S QUALITY BLACK BNS BRINE | 224 | 224 | F8160 | 224 |
| 27E876 | 760695009220 | 6/10 CHEF'S QUALITY TOMATO SAUCE | 24 | 24 | B8144 | 24 |
| 283876 | 760695014743 | 6/10 CHEF'S QUALITY DK KIDNEYS BRINE | 56 | 56 | C8165 | 56 |
| 335868 | 760695019649 | 6/10 ISABELLA MARINARA SAUCE SP | 56 | 56 | M7245 | 56 |
| 402876 | 760695018475 | 6/10 CHEF'S QUALITY CRUSH TOM | 56 | 56 | L7269 | 2 |
| | | | | | L7278 | 54 |
| 453876 | 760695009237 | 6/10 CHEF'S QUALITY HVY PUREE | 56 | 56 | A8062 | 56 |
| 480868 | 760695002559 | 6/10 ISABELLA PEELED TOM | 336 | 336 | G7265 | 56 |
| | | | | | H6252 | 224 |
| | | | | | H7265 | 56 |
| 72D868 | 760695001071 | 6/10 ISABELLA SUPER HVY PIZZA SAUCE | 16 | 16 | L7277 | 16 |
| 923876 | 760695014798 | 6/10 CHEF'S QUALITY BUTTER BNS | 32 | 32 | A8142 | 32 |
| 924876 | 760695014767 | 6/10 CHEF'S QUALITY FCY GRT NORTHERNS | 24 | 24 | F8142 | 24 |
| 925876 | 760695014835 | 6/10 CHEF'S QUALITY PINTO BNS | 32 | 32 | G7311 | 32 |

Instructions: (none)

| | | |
|---|---|---|
| Pallets shipped: 0 return _____ | Chep: 20 | |
| Trailer: 266326 | Seal 0150067 | |
| Total Cases: 928 | Total Weight: 42,252 | Packer Signature: |

VEHICLE ACCEPT INSPECTION

I CERTIFY THAT I HAVE RECEIVED THE QUANTITY AND TYPE OF GOODS STATED IN THIS BILL OF LADING IN GOOD CONDITION AND IS LOADED TO MY SATISFACTION.

Received _____  Cases ____ Date ____

Signature _____

Carrier _____

Address _____

Phone _____

Freight charges are PREPAID
unless marked collect.
CHECK BOX IF COLLECT ☐

FOR FREIGHT COLLECT SHIPMENTS:
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:

The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Terms and Conditions Continued on Last Page

YMB 000010

*LOAD NUMBER 9116149  MUST APPEAR ON YOUR INVOICE!*

|||||||||||||||||||||||||||||||||
9116149

BOOKED BY  DAVID MATTHEWS        B/L# 232594        PO# 110425930

| | |
|---|---|
| **CARRIER** YMB ENTERPRISES INC | **EQUIPMENT REQUIRED** VAN 53ft |
| **CARRIER CODE** 140127 | **WEIGHT**   42316lbs |
| **OFFICE** | **REF #**    x201 |
| **BOOKED WITH** VOLVIE | **CHARGES** |
| **PHONE** 718-782-3490 | $1,050.00  FLAT RATE |
| **FAX** 718-732-0042 | $200.00  GUARANTEED SERVICE Must deliver 7/10 @ 123( |
| **TOLL FREE** | **$1,250.00  TOTAL** |

140127

**PICKUP**      07/10/2018  07:00        PICKUP #232594

FURMANO'S FOODS                          SHIP #
770 CANNERY ROAD
NORTHUMBERLAND, PA 17857        **SHIPMENT DESCRIPTION**
                                         1 TL 920 CS  42316lbs  0ft
**CONTACT** ELLEN
**PHONE** 570-473-4504
**EMAIL**

**DELIVER**      07/10/2018  12:30        DELIVERY #110425930

RD / JETRO C&C #110 HAM                  **SHIPMENT DESCRIPTION**
UNIPRO #2750-03
566 HAMILTON AVE
BROOKLYN, NY 11232

**CONTACT**
**PHONE**
**EMAIL**

Carrier warrants that it is duly and legally qualified to provide the transportation services herein and holds at least $1,000,000 in auto liability and cargo insurance of at least $100,000. Accessorial charges must be stated above or agreed to in a subsequent signed rate confirmation between Broker and Carrier. Carrier must submit signed carrier confirmation(s) with Carrier's invoice, a legible copy or original proof of delivery. Unauthorized delayed service shall be charged to Carrier, not to exceed the actual charges assessed against Broker for which Carrier's actions are at fault. A minimum charge of $100 shall apply to missed appointments. Carrier is prohibited from subcontracting this Load to any other Carrier or broker. Broker reserves the right to pay the delivering carrier directly and Carrier named below shall remain primarily liable as provided herein. Carrier shall defend, indemnify and hold harmless Broker, its shipper customer, and the bill of lading parties from any claims, actions or damages, arising out of Carrier's performance hereunder, including damages of any kind asserted against Broker for negligent hiring of Carrier, cargo loss and damage, theft, delay, damage to property, and personal injury or death. Carrier represents it has adequate coverage for towing and any towing invoice in excess of coverage shall be Carrier's sole responsibility. Broker shall be permitted to offset carrier payables for any loss, delay, shortage or damage. Carrier agrees that any loss or damage to customer's food grade cargo shall be considered a total loss. Carrier forfeits its right to be paid in the event Broker's freight is held hostage. Carrier payment terms are net 30 days from the date Broker receives Carrier's invoice, a legible copy or original proof of delivery, matching confirmation(s), and reimbursable receipts. If Fuel Surcharge is not separately stated, then Flat Rate is all inclusive. The Carrier, and any connecting Carrier, shall not receive for transport any freight that shall be excluded from coverage under its primary cargo policy. Delivery and pick-up dates and hours will not require the driver to violate hours of service regulations. Routing instructions are for informational purposes only.

Carrier submit invoices via email to sendmybill@suncecktts.com.

Quick Pay Requests must be sent to quickpay@suncecktts.com or faxed to 877-582-0971 BY 3:00pm est. You must indicate if you want a Comdata Express Check or check by mail.

**DRIVER MUST CALL FOR DISPATCH AT: David Matthews - 201.636.6747**

Signature _____   Position _____   Date _____

Carrier Signature _____   Position _____   MC# 00598327 DOT# 1531468 Date _____

11000 FRISCO STREET. SUITE 100, FRISCO, TX 75033   TEL 201-839-4082

# FURMANO FOODS

**FURMANO FOODS**
770 Cannery Road
Northumberland, PA 17857
Phone: (570) 473-3516

(SHIPPER/CONSIGNOR)

**UNIFORM STRAIGHT BILL OF LADING**
ORIGINAL - NOT NEGOTIABLE - FOB ORIGIN

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, or to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all of the terms and conditions not prohibited by law, whether printed or written, herein contained, including the conditions on page two, which are hereby agreed to by the Shipper, the Receiver and the Carrier, and their assigns
Shipper, Receiver and Carrier certify that they are familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to accepted.

**CONSIGNEE:**
RD / JETRO C&C #110 HAMILTON
UNIPRO # 2750-03
566 HAMILTON AVE
BROOKLYN, NY 11232
718-768-0555

Furmano Order No: 232594

Load No: 106702

Customer PO: 11042593000

Shipped: 7/10/2018 7:36:55 AM

| Product No. | UPC No. | Description | Qt Order | Qt Ship | Lot | Qty |
|---|---|---|---|---|---|---|
| 173876 | 760695015894 | 6/10 CHEF'S QUALITY 3 BEAN SALAD NO CS | 16 | 16 | B7222 | 16 |
| 235876 | 760695014750 | 6/10 CHEF'S QUALITY BLACK BNS BRINE | 56 | 56 | C8161 | 56 |
| 250876 | 760695014736 | 6/10 CHEF'S QUALITY CHICK PEAS | 392 | 392 | D8170 | 392 |
| 27E876 | 760695009220 | 6/10 CHEF'S QUALITY TOMATO SAUCE | 56 | 56 | C8159 | 56 |
| 283876 | 760695014743 | 6/10 CHEF'S QUALITY DK KIDNEYS BRINE | 56 | 56 | C8165 | 56 |
| 335868 | 760695019649 | 6/10 ISABELLA MARINARA SAUCE SP | 56 | 56 | N7244 | 56 |
| 402876 | 760695018475 | 6/10 CHEF'S QUALITY CRUSH TOM | 24 | 24 | K7270 | 14 |
| | | | | | L7272 | 10 |
| 442868 | 760695002573 | 6/10 ISABELLA DICED TOM | 56 | 56 | A7252 | 56 |
| 453876 | 760695009237 | 6/10 CHEF'S QUALITY HVY PUREE | 24 | 24 | C8143 | 24 |
| 480868 | 760695002559 | 6/10 ISABELLA PEELED TOM | 168 | 168 | A7263 | 132 |
| | | | | | G7231 | 2 |
| | | | | | H7273 | 34 |
| 924876 | 760695014767 | 6/10 CHEF'S QUALITY FCY GRT NORTHERNS | 16 | 16 | F8163 | 16 |

Instructions: (none)

Pallets    shipped: 0    return_____    Chep: 19

Trailer: 266326    Seat: 0150664

Total Cases: 920    Total Weight: 42,316    Packer Signature _____

I CERTIFY THAT I HAVE RECEIVED THE QUANTITY AND TYPE OF GOODS STATED IN THIS BILL OF LADING IN GOOD CONDITION AND IS LOADED TO MY SATISFACTION.

Received    Cases____    Date_____

Signature    HAMILTON #10
Date_____    Rec#_____

Carrier    Vendor #_____    PO #_____
AV#_____    # Cases_____

Address    Avg Temp_____    Chep Pallets_____

Phone

Freight charges are PREPAID
unless marked collect.
CHECK BOX IF COLLECT    ☐

FOR FREIGHT COLLECT SHIPMENTS:
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:

The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

WFS
(Signature of Consignor)

*Terms and Conditions Continued on Last Page*

## CARRIER RATE CONFIRMATION

Page 1 / 1

### LOAD NUMBER 9124916 MUST APPEAR ON YOUR INVOICE!

9124916

BOOKED BY BRIAN DOWLING    B/L# 232767    PO# 5016739

| | |
|---|---|
| **CARRIER** YMB ENTERPRISES INC | **EQUIPMENT REQUIRED** VAN 53ft |
| **CARRIER CODE** 140127 | **WEIGHT** 44660lbs |
| **OFFICE** | **REF #** |
| **BOOKED WITH** Volvie | |
| **PHONE** 718-782-3490 | **CHARGES** |
| **FAX** 718-732-0042 | $1,250.00 FLAT RATE |
| **TOLL FREE** | $1,250.00 TOTAL |

140127

| | |
|---|---|
| **PICKUP**   07/18/2018   13:00 - 13:00 | **PICKUP #232767** |
| FURMANO'S FOODS | **SHIP #** |
| 770 CANNERY RD | |
| NORTHUMBERLAND, PA 17857 | **SHIPMENT DESCRIPTION** |
| | 1 TL 952 cs 44660lbs 0ft |
| **CONTACT** ELLEN | |
| **PHONE** 570-473-4504 | |
| **EMAIL** | |

| | |
|---|---|
| **DELIVER**   07/19/2018   07:00 | **DELIVERY #5016739** |
| MARAMOUNT CORP | **SHIPMENT DESCRIPTION** |
| 2016 PITKIN AVE | |
| BROOKLYN, NY 11207 | |
| **CONTACT** | |
| **PHONE** | |
| **EMAIL** | |

Carrier warrants that it is duly and legally qualified to provide the transportation services herein and holds at least $1,000,000 in auto liability and cargo insurance of at least $100,000. Accessorial charges must be stated above or agreed to in a subsequent signed rate confirmation between Broker and Carrier. Carrier must submit signed carrier confirmation(s) with Carrier's invoice, a legible copy or original proof of delivery. Unauthorized delayed service shall be charged to Carrier, not to exceed the actual charges assessed against Broker for which Carrier's actions are at fault. A minimum charge of $100 shall apply to missed appointments. Carrier is prohibited from subcontracting this Load to any other Carrier or broker. Broker reserves the right to pay the delivering carrier directly and Carrier named below shall remain primarily liable as provided herein. Carrier shall defend, indemnify and hold harmless Broker, its shipper customer, and the bill of lading parties from any claims, actions or damages, arising out of Carrier's performance hereunder including damages of any kind asserted against Broker for negligent hiring of Carrier, cargo loss and damage, theft, delay, damage to property, and personal injury or death. Carrier represents it has adequate coverage for towing and any towing invoice in excess of coverage shall be Carrier's sole responsibility. Broker shall be permitted to offset carrier payables for any loss, delay, shortage or damage. Carrier agrees that any loss or damage to customer's food grade cargo shall be considered a total loss. Carrier forfeits its right to be paid in the event Broker's freight is held hostage. Carrier payment terms are net 30 days from the date Broker receives Carrier's invoice, a legible copy or original proof of delivery, matching confirmation(s) and reimbursable receipts. If Fuel Surcharge is not separately stated, then Flat Rate is all inclusive. The Carrier and any connecting Carrier, shall not receive for transport any freight that shall be excluded from coverage under its primary cargo policy. Delivery and pick-up dates and hours will not require the driver to violate hours of service regulations. Routing instructions are for informational purposes only.

**Carrier submit invoices via email to sendmybill@suncektts.com.**

**Quick Pay Requests must be sent to quickpay@suncektts.com or faxed to 877-582-0971 BY 3:00pm est. You must indicate if you want a Comdata Express Check or check by mail.**

### DRIVER MUST CALL FOR DISPATCH AT: Brian Dowling - 201.808.8634

Signature _____    Position _____    Date _____

Carrier Signature _____    Position _____    MC# 00598327   DOT# 1531468 Date _____

**FURMANO'S**

**(SHIPPER/CONSIGNOR)**

**FURMANO FOODS**
770 Cannery Road
Northumberland, PA 17857
Phone: (570) 473-3516

**UNIFORM STRAIGHT BILL OF LADING**

ORIGINAL - NOT NEGOTIABLE - FOB ORIGIN

17-30

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.  It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all of the terms and conditions not prohibited by law, whether printed or written, herein contained, including the conditions on page two, which are hereby agreed to by the Shipper, the Receiver and the Carrier, and their assigns. Shipper, Receiver and Carrier certify that they are familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to accepted.

| c o n s i g n e e | MARAMONT CORP<br>2016 PITKIN AVENUE<br><br>BROOKLYN, NY 11207<br>347-417-9515 |
|---|---|

Furmano Order No: 232767

Load No: 108279

Customer PO: 5016739

Shipped: 7/18/2018 3:36:36 PM

| Product No. | UPC No. | Description | Qt Order | Qt Ship | Lot | Qty |
|---|---|---|---|---|---|---|
| F11617GS | 041188047364 | 6/10 GS FURO DK KIDNEYS BRINE LSAN | 112 | 112 | E8003 | 112 |
| F11619GS | 041188047388 | 6/10 GS FURO XFCY CHICK PEAS LSAN | 448 | 448 | K8128 | 448 |
| F11622GS | 041188047418 | 6/10 GS FURO PINTO BNS LSAN | 56 | 56 | B8025 | 56 |
| F11623GS | 041188047425 | 6/10 GS FURO BLACK BNS BRINE LSAN | 336 | 336 | M8135 | 336 |

Instructions: (none)

Pallets shipped: 17    return_____    Chep: 0

Trailer: 266326    Seal: 0155914

Total Cases: 952    Total Weight: 44,660    Packer Signature: _____

7-19-18

## VEHICLE ACCEPT INSPECTION

I CERTIFY THAT I HAVE RECEIVED THE QUANTITY AND TYPE OF GOODS STATED IN THIS BILL OF LADING IN GOOD CONDITION AND IS LOADED TO MY SATISFACTION.

Received _____ Cases ____ Date _____

Signature _____

Carrier _____

Address _____

Phone _____

Freight charges are PREPAID
unless marked collect.
**CHECK BOX IF COLLECT**    ☐

FOR FREIGHT COLLECT SHIPMENTS.
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:

The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

WFS
(Signature of Consignor)

*Terms and Conditions Continued on Last Page*

# Exhibit B

Exhibit B

# MOTOR CARRIER TRANSPORTATION CONTRACT

THIS AGREEMENT, (the "Agreement") made as of the 26 day of July, 2018 by and between WM P Enterprise (hereinafter referred to as "Carrier" and EXPRESS FREIGHT SYSTEMS, Inc. a Corporation located at 20 Murray Hill Parkway Suite 270 East Rutherford, NJ 07073 (hereinafter referred to as "Broker").

1. Express Freight Systems, Inc. is duly licensed by the federal Highway Administration /FHWA (formerly Interstate Commerce Commission) to engage in operations, in interstate or foreign commerce, as a broker, arranging for transportation of freight (except household goods) by motor vehicle MC# 523258 B.

2. Carrier is a duly licensed contract motor carrier operating under Docket # MC 59832-7 issued by the ICC/FHWA for the purpose of providing the transportation of property for shippers and receivers of general commodities.

3. Broker agrees to offer for shipment and CARRIER agrees to transport on its own equipment at least 100,000 pounds annually in a series of shipment and additional quantities of freight as Broker may tender subject to the availability of suitable equipment.

4. BROKER agrees to pay CARRIER for the transportation of freight moved under this agreement in accordance with the rates set forth in Schedule "A" attached hereto and made part hereof. Modifications or additions to these rates must be made in writing to meet specific shipping schedules. Confirmation of agreed rates will be faxed immediately by BROKER to CARRIER. and if this confirmation is not in accord with CARRIER'S understanding CARRIER will advise BROKER by fax before making the pick up of the shipment. In addition, confirmation of any fax agreed rates should be made by CARRIER'S billing and BROKER'S payment thereof. CARRIER'S warrants that any rate quoted via fax is a lawful rate. If BROKER pays the freight invoice in a reduces amount, such amount shall constitute the agreed rate, unless carrier indicated to the contrary to BROKER within thirty (30) days of its receipt of payment. All modifications and additions to rates must be confirmed in writing.

5. BROKER and CARRIER agree that transportation service hereunder are to be performed as a contract carrier in compliance with 49 U.S.C 10102 by assigning motor vehicle for a continuing period of time for the exclusive use of BROKER or by providing specialized services or equipment designated to meet the distinctive need of BROKER of the consignor. Such services shall include, when applicable, but shall not be limited to: protective services, multiple stops in transit, direct dispatch, drop shipments, inside deliveries, spotting trailers, and expedited shipment,

EF000009

6. CARRIER will be responsible to comply with all applicable ICC/FHWA and D.O.T regulations as well as other federal and state regulations pertaining to the operation of a motor carrier.

7. CARRIER has authority from the I.C.C/FHWA to operate as contract carrier and will maintain this authority and insurance for the protection of the public as required by the I.C.C. / FHWA and for protection of cargo in the amount of $100,000.00. The amount of cargo insurance required may be increased by notification to meet the added valuation for specific shipment. Cargo insurance shall be in the form required by 49 C.F.R. 1043.2(b), and shall have no exclusions or restrictions that would not be accepted by the I.C.C/ FWHA for filing under statutory requirements. Furthermore, the carrier is required to carry AUTO LIABILITY in the amount of $1,000,000.00 with an A-7 rated insurance carrier.

7.B. Carrier shall cause its insurance carriers to forward forthwith to BROKER, certificates of insurance, which certificates shall require said insurance carriers to give BROKER written notice thirty (30) days prior to the cancellation of policy or policies, or of any reduction in or limitation in the coverage provided thereunder.

8. Carrier shall issue a bill of lading in its own name and shall be liable to the owner of the freight for full actual loss and damage to the freight under this agreement while in the care and custody of the CARRIER. All claims for loss and damage and salvage shall be handled and processed in accordance with the regulations of the I.C.C. / FHWA as published in the code of Federal Regulations (49 C.F.R. 1005). Carrier agrees in acknowledge receipt of any claim in writing to the BROKER within 10 days after the date of receipt of the claim. Carrier also agrees to pay, decline, or make a firm compromise settlement offer in writing to the BROKER within 20 days after receipt of any claim by CARRIER. If the claim remains pending after 30 days of receipt, the BROKER shall offset the value of the claim with the freight bills due CARRIER.

9. CARRIER agrees to hold BROKER harmless and indemnify BROKER for any liability resulting from loss or damage to any freight transported by CARRIER pursuant to this agreement including all costs to defend claim. CARRIER also agrees to hold BROKER harmless and indemnify BROKER for any liability resulting from personal injury or property damage, which may occur during the operation of CARRIER pursuant to this agreement including all costs to defend claims. CARRIER also assumes full responsibilities for all salaries, insurance taxes, pensions, and benefits of the CARRIER'S employees in performance of this contract as now or hereafter apply.

10. CARRIER will bill all charges for transportation services to BROKER and CARRIER shall provide BROKER with a copy of the signed bill of lading and delivery receipt. The relationship of the CARRIER to BROKER shall, at all times be that of an independent contractor.

11. CARRIER agrees to support and protect BROKER'S effort in performance of this agreement by refraining from ANY direct contact or solicitation of BROKER'S

customers. During the term of this agreement and for a period of 2 years from the time of termination of this agreement, CARRIERS shall not directly or indirectly solicit or do business of a transportation or warehouse nature with any of BROKER'S customers who are serviced by CARRIER as a result of this agreement unless otherwise agreed to in writing. If carrier breaches this agreement and customer tenders freight to CARRIER directly, the BROKER is then entitled to a commission from the CARRIER of 25% of the transportation revenue received on the movement of the traffic and to any damages that may be incurred. The CARRIER shall also refrain from any direct contact or solicitation of any carriers that BROKER may use if and when the BROKER moves freight for CARRIER.

12. Obligations of this agreement are separate and divisible and in the event that any clause is deemed unenforceable, the balance of the agreement shall continue in full force and effect.

13. CARRIER agrees that BROKER'S compensation hereunder for its services is confidential and need to be disclosed to CARRIER. Carrier further agrees that it will not reveal to anyone the terms of this agreement, the pricing of transportation services, or any other details of the business conducted between CARRIER and BROKER.

14. This agreement shall be deemed to be effective on the first date that CARRIER and BROKER commenced business together and the parties agree that the provisions contained herein properly express and memorialize the complete understanding of the parties as contained in all prior agreements, both verbal or in writing. This agreement shall be effective continuously subject to the right of either party here to cancel the agreement at any time upon not less than (30) days written notice of one party to another.

CARRIER NAME _V4 Ypib Enterprise_   EXPRESS FREIGHT SYSTEMS, Inc.

_Vitem Vulum_
AUTHORIZED SIGNATURE                 AUTHORIZED SIGNATURE

_Volya Mendlovic_
PRINT NAME                           PRINT NAME

_7/26/18_
DATE                                 DATE

EF000012

# Exhibit C

Exhibit C



EXPRESS FREIGHT SYSTEMS INC
20 MURRAY HILL PARKWAY SUITE 270
EAST RUTHERFORD, NJ 07073
MC: 523258 P: 201-842-8700 F: 201-842-8701

**LOAD NUMBER**
**46977**

7/26/2018

## DISPATCH CONFIRMATION

Carrier: YMB ENTERPRIESES INC.
     BROOKLYN , NY
Ph/Fax: 718 602 2000   x 201
Attn:   VOLVIE

MCID#:   598327
Reference:
Trailer:

Driver:
Cell:
Truck:

| Load Info | | | The Following Pay Is Authorized For This Load | | | |
|---|---|---|---|---|---|---|
| | | | Pay Code | Pay Type | Rate | Total |
| Pieces: | 928 | Miles: 0 | Load | Flat | 1,100.00 | 1,100.00 |
| Space: | 0 | Pallets: 17 | | | Total | 1,100.00 |
| Act Wgt: | 43532 | Type: Dry 53FT | | | | |
| As Wgt: | 43532 | Trailer: | | | | |
| Value: | | | | | | |

| Stop | S/C | From | To | Name / Address | City / Phone | St / Zip | Ref / Contact | Appt / Appt Ref |
|---|---|---|---|---|---|---|---|---|
| 1 | P/U | 7/26 14:30 | 7/26 14:30 | FURMANO FOODS 770 CANNERY RD | NORTHUMBERLAND 570-473-4504 | PA 17857 | 233522 ELLEN/LINDA/BIL | No |
| 2 | Deliver | 7/27 09:30 | 7/27 09:30 | JIN HAN FOODS 80 N 5TH ST | BROOKLYN 718-782-4001 | NY 11211 | MR KIM072018 CHOI/KIM/JUNG | Yes |

| Commodity | Description Reference | Pieces | Weight |
|---|---|---|---|
| | | 928 | 43,532 |
| | Totals | 928 | 43,532 |

53 DRY VAN

ALL DRIVERS MUST CALL 201-842-8700 FOR DISPATCH 2 HOURS BEFORE APPOINTMENT TIME, OR LOAD WILL BE TAKEN OFF CARRIER. APPT TIMES ARE NOT TO BE CHANGED. DRIVERS ARE RESPONSIBLE FOR COUNTING PRODUCT AT SHIPPER AND MAKING SURE NUMBER OF CASES SIGNED FOR MATCHES NUMBER OF CASES DELIVERED. ANY SHORTAGES OR DAMAGES MUST BE REPORTED AT TIME OF PICK UP AND DELIVERY. ANY EXTRA CHARGES MUST BE APPROVED BY DISPATCH AS SOON AS LOAD IS COMPLETED. ALL PICK UP AND DELIVERY BILLS OF LADING AND LUMPER RECEIPTS MUST ACCOMPANY INVOICE. DEDUCTIONS WILL APPLY FOR NOT FOLLOWING THE ABOVE PROCEDURES.
*****FOR PROMPT PAYMENT PLEASE EMAIL ALL PODs WITH AN INVOICE TO judy@expfreight.com*****

YOUR TRANSPORTATION SOLUTION
YOU ASK . WE DELIVER   7/26/18
EXPRESS FREIGHT SYSTEMS INC   DATE:

7/26/18
YMB ENTERPRIESES INC.   DATE:



**FURMANO FOODS**
770 Cannery Road
Northumberland, PA 17857
Phone: (570) 473-3515

**(SHIPPER/CONSIGNOR)**

26·20

**UNIFORM STRAIGHT BILL OF LADING**
ORIGINAL - NOT NEGOTIABLE - FOB ORIGIN



The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions not prohibited by law, whether printed or written, herein contained, including the conditions on page two, which are hereby agreed to by the Shipper, the Receiver and the Carrier, and their assigns. Shipper, Receiver and Carrier certify that they are familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to accepted.

| | |
|---|---|
| **C** JIN HAN FOOD PRODUCTS<br>**o** 80 N FIFTH ST<br>**n**<br>**s** BROOKLYN, NY 11211<br>**i** 718-782-4001<br>**e** | **Furmano Order No:** 233522<br>**Load No:** 111141<br>**Customer PO:** MR KIM072018<br>**Shipped:** 7/26/2018 5:34:40 PM |

| Product No. | UPC No. | Description | Qt Order | Qt Ship | Lot | Qty |
|---|---|---|---|---|---|---|
| F10235 | 041188043595 | 6/10 FURO BLACK BNS BRINE | 440 | 440 | C8189 | 440 |
| F10250 | 041188041485 | 6/10 FURO XFCY CHICK PEAS | 432 | 432 | D8184 | 32 |
| | | | | | E8087 | 8 |
| | | | | | F8184 | 96 |
| | | | | | G8184 | 296 |
| F10453 | 041188042819 | 6/10 FURO HVY TOMATO PUREE | 56 | 56 | A8083 | 56 |

Instructions: (none)

Pallets shipped: 17    return _____    Chep: 0

Trailer: 53449    Seal: 0156227

Total Cases: 928    Total Weight: 43,532    Packer Signature: _____

**VEHICLE ACCEPT INSPECTION**

07/27/18

I CERTIFY THAT I HAVE RECEIVED THE QUANTITY AND TYPE OF GOODS STATED IN THIS BILL OF LADING IN GOOD CONDITION AND IS LOADED TO MY SATISFACTION.

Received _____    Cases    Date

Signature _____

Carrier _____

Address _____

Phone _____

Freight charges are PREPAID
unless marked collect.
CHECK BOX IF COLLECT ☐

FOR FREIGHT COLLECT SHIPMENTS:
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:

The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

WFS
(Signature of Consignor)

Terms and Conditions Continued on Last Page



EXPRESS FREIGHT SYSTEMS INC
20 MURRAY HILL PARKWAY SUITE 270
EAST RUTHERFORD, NJ 07073
MC: 523258 P: 201-842-8700 F: 201-842-8701

**LOAD NUMBER**
**47572**

9/13/2018

## DISPATCH CONFIRMATION

Carrier: YMB ENTERPRIESES INC
    BROOKLYN , NY
Ph/Fax: 718 602 2000   x 201
Attn:   VOLVIE

MCID#:   598327
Reference:
Trailer:

Driver:
Cell:
Truck:

### Load Info

The Following Pay Is Authorized For This Load

| Pieces: | 944 | Miles: | 0 | Pay Code | | Pay Type | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| Space: | 0 | Pallets: | 19 | Load | | Flat | 1,100.00 | 1,100.00 |
| Act Wgt: | 43536 | Type: | Dry 53FT | | | | Total | 1,100.00 |
| As Wgt: | 43536 | Trailer: | | | | | | |
| Value: | | | | | | | | |

| Stop | S/C | From | To | Name<br>Address | City<br>Phone | St<br>Zip | Ref<br>Contact | Appt<br>Appt Ref |
|---|---|---|---|---|---|---|---|---|
| 1 | P/U | 9/13<br>14 30 | 9/13<br>14.30 | FURMANO FOODS<br>770 CANNERY RD | NORTHUMBERLAND<br>570-473-4504 | PA<br>17857 | 235583<br>ELLEN/LINDA/BIL | No |
| 2 | Deliver | 9/14<br>09:00 | 9/14<br>09'00 | RESTAURANT DEPOT / JETRO<br>43-40 57TH AVE | MASPETH<br>718 707 9330 | NY<br>11378 | 16317879000<br>BETTY/ALISHA | No |

| Commodity | Description<br>Reference | Pieces | Weight |
|---|---|---|---|
| | | 944 | 43,536 |
| | Totals | 944 | 43,536 |

53 DRY VAN

ALL DRIVERS MUST CALL 201-842-8700 FOR DISPATCH 2 HOURS BEFORE APPOINTMENT TIME, OR LOAD WILL BE
TAKEN OFF CARRIER APPT TIMES ARE NOT TO BE CHANGED. DRIVERS ARE RESPONSIBLE FOR COUNTING
PRODUCT AT SHIPPER AND MAKING SURE NUMBER OF CASES SIGNED FOR MATCHES NUMBER OF CASES
DELIVERED ANY SHORTAGES OR DAMAGES MUST BE REPORTED AT TIME OF PICK UP AND DELIVERY ANY EXTRA
CHARGES MUST BE APPROVED BY DISPATCH AS SOON AS LOAD IS COMPLETED. ALL PICK UP AND DELIVERY BILLS
OF LADING AND LUMPER RECEIPTS MUST ACCOMPANY INVOICE. DEDUCTIONS WILL APPLY FOR NOT FOLLOWING
THE ABOVE PROCEDURES.
*****FOR PROMPT PAYMENT PLEASE EMAIL ALL PODs WITH AN INVOICE TO judy@expfreight.com*****

YOUR TRANSPORTATION SOLUTION
YOU ASK WE DELIVER   9/13/18

EXPRESS FREIGHT SYSTEMS INC   DATE:

9/13/18

YMB ENTERPRIESES INC.   DATE:

YMB 000528

347517792B Driver

## FURMANO FOODS
770 Cannery Road
Northumberland, PA 17857
Phone: (570) 473-3516

### UNIFORM STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE - FOB ORIGIN

**(SHIPPER/CONSIGNOR)**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions not prohibited by law, whether printed or written, herein contained, including the conditions on page two, which are hereby agreed to by the Shipper, the Receiver and the Carrier, and their assigns.
Shipper, Receiver and Carrier certify that they are familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to accepted.

```
C  RD / JETRO C&C #163 MASPETH
o  UNIPRO # 2752-30
n  43-40 57TH AVE
s  MASPETH, NY 11378
e  718-707-9330
```

Furmano Order No: 235583

Load No: 120665

Customer PO: 16317879000

Shipped: 9/13/2018 5:36:15 PM

| Product No. | UPC No. | Description | Qt Order | Qt Ship | Lot | Qty |
|---|---|---|---|---|---|---|
| 250876 | 760695014736 | 6/10 CHEF'S QUALITY CHICK PEAS | 504 | 504 | D8236 | 504 |
| 292876 | 760695014774 | 6/10 CHEF'S QUALITY WHITE KIDNEYS BNS | 16 | 16 | D8233 | 16 |
| 442868 | 760695002573 | 6/10 ISABELLA DICED TOM | 56 | 56 | A7277 | 56 |
| 480868 | 760695002559 | 6/10 ISABELLA PEELED TOM | 336 | 336 | G7273 | 152 |
| | | | | | G7274 | 128 |
| | | | | | H7273 | 56 |
| 918876 | 760695014804 | 6/10 CHEF'S QUALITY XFCY VEG BNS | 8 | 8 | A8228 | 8 |
| F10377 | 041188041584 | 6/10 FURO HOME-STYLE SPAG SAUCE | 24 | 24 | M7242 | 24 |

**Instructions: (none)**

Pallets  shipped: 0  return_____  Chep: 19

Trailer: 44854  Seal: 0145618

Total Cases: 944  Total Weight: 43,156  Packer Signature: _____

Maspeth #63
Date __9/14/18__ Rec# __
Vendor __
AV __  #Cns: __944__
__  Chep Pallets __
Driver Sign. __

## VEHICLE ACCEPT INSPECTION

**I CERTIFY THAT I HAVE RECEIVED THE QUANTITY AND TYPE OF GOODS STATED IN THIS BILL OF LADING IN GOOD CONDITION AND IS LOADED TO MY SATISFACTION.**

Received _____  Cases  Date __

Signature _____

Carrier _____

Address _____

Phone _____

Freight charges are PREPAID
unless marked collect.
**CHECK BOX IF COLLECT**  ☐

**FOR FREIGHT COLLECT SHIPMENTS:**
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:

The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

__WFS__
(Signature of Consignor)

*Terms and Conditions Continued on Last Page*



EXPRESS FREIGHT SYSTEMS INC
20 MURRAY HILL PARKWAY SUITE 270
EAST RUTHERFORD, NJ 07073
MC. 523258 P 201-842-8700 F: 201-842-8701

LOAD NUMBER
47551

9/14/2018

## DISPATCH CONFIRMATION

Carrier  YMB ENTERPRIESES INC
       BROOKLYN , NY
Pn/Fax  718 602 2000    x 201
Attn    VOLVIE

MCID#:    598327
Reference:
Trailer:

Driver:
Cell:
Truck:

| | Load Info | | | The Following Pay Is Authorized For This Load | | | |
|---|---|---|---|---|---|---|---|
| Pieces: | 952 | Miles: | 0 | Pay Code | Pay Type | Rate | Total |
| Space: | 0 | Pallets: | 19 | Load | Flat | 1,100.00 | 1,100.00 |
| Act Wgt | 44344 | Type: | Dry 53FT | | | Total | 1,100.00 |
| As Wgt: | 0 | Trailer: | | | | | |
| Value: | | | | | | | |

| Stop | S/C | From | To | Name Address | City Phone | St Zip | Ref Contact | Appt Appt Ref |
|---|---|---|---|---|---|---|---|---|
| • | P/U  *MON* | 9/17 12:00 | 9/17 12:00 | FURMANO FOODS 770 CANNERY RD | NORTHUMBERLAND 570-473-4504 | PA 17857 | 235115  *PICK UP* | No |
| 2 | Deliver  *TUES* | 9/18 06:30 | 9/18 06:30 | TERI-NICHOLS INT FOODS 10101-C AVENUE D | BROOKLYN 718 617 4195 | NY 11236 | 120895 | No |

| Commodity | Description Reference | Pieces | Weight |
|---|---|---|---|
| | | 952 | 44,344 |
| | Totals | 952 | 44,344 |

53 DRY VAN

ALL DRIVERS MUST CALL 201-842-8700 FOR DISPATCH 2 HOURS BEFORE APPOINTMENT TIME, OR LOAD WILL BE
TAKEN OFF CARRIER. APPT TIMES ARE NOT TO BE CHANGED. DRIVERS ARE RESPONSIBLE FOR COUNTING
PRODUCT AT SHIPPER AND MAKING SURE NUMBER OF CASES SIGNED FOR MATCHES NUMBER OF CASES
DELIVERED. ANY SHORTAGES OR DAMAGES MUST BE REPORTED AT TIME OF PICK UP AND DELIVERY. ANY EXTRA
CHARGES MUST BE APPROVED BY DISPATCH AS SOON AS LOAD IS COMPLETED. ALL PICK UP AND DELIVERY BILLS
OF LADING AND LUMPER RECEIPTS MUST ACCOMPANY INVOICE, DEDUCTIONS WILL APPLY FOR NOT FOLLOWING
THE ABOVE PROCEDURES.
*****FOR PROMPT PAYMENT PLEASE EMAIL ALL PODs WITH AN INVOICE TO judy@expfreight.com*****

**EXPRESS** YOUR TRANSPORTATION SOLUTION
YOU ASK WE DELIVER
EXPRESS FREIGHT SYSTEMS INC    9/14/18
                    DATE:

YMB ENTERPRIESES INC.     9/14/18
               DATE:



**FURMANO FOODS**

770 Cannery Road
Northumberland, PA 17857
Phone: (570) 473-3516

1/4-29

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL - NOT NEGOTIABLE - FOB ORIGIN**

**(SHIPPER/CONSIGNOR)**

The property described below in apparent good order except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all of the terms and conditions not prohibited by law, whether printed or written, herein contained including the conditions on page two which are hereby agreed to by the Shipper, the Receiver and the Carrier, and their assigns.
Shipper, Receiver and Carrier certify that they are familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to and accepted.

TERI-NICHOLS INT FOODS
10101 -C AVE D

BROOKLYN, NY 11236
718-617-4195

Furmano Order No: 235115

Load No: 120770-2

Customer PO: 120895

Shipped: 9/17/2018 12:19:14 PM

| Product No. | UPC No. | Description | Qt Order | Qt Ship | Lot | Qty |
|---|---|---|---|---|---|---|
| 252170 | 718414000393 | 6/10 GOLBGR FCY CHICK PEAS | 32 | 32 | A8249 | 32 |
| F10453 | 041188042819 | 6/10 FURO HVY TOMATO PUREE | 24 | 24 | A8194 | 4 |
| | | | | | B8143 | 20 |
| F11390 | 041188046466 | 6/10 FURO NSA DICED TOM | 56 | 56 | G8233 | 56 |
| F11617GS | 041188047364 | 6/10 GS FURO DK KIDNEYS BRINE LSAN | 168 | 168 | A8032 | 168 |
| F11619GS | 041188047388 | 6/10 GS FURO XFCY CHICK PEAS LSAN | 448 | 448 | A8205 | 112 |
| | | | | | B8205 | 336 |
| F11622GS | 041188047418 | 6/10 GS FURO PINTO BNS LSAN | 224 | 224 | B8187 | 224 |

Instructions. (none)

| Pallets | shipped: 17 | return_____ | Chep 0 |
| | Trailer: 154706 | | Seal 0141854 |
| | Total Cases: 952  948 | | Total Weight 44,344 | Packer Signature _____ |

4 cse dmg refused.
( pinto bean )

09/20/18 **VEHICLE ACCEPT INSPECTION**

20180920 — 0004

I CERTIFY THAT I HAVE RECEIVED THE QUANTITY AND TYPE OF GOODS STATED IN THIS BILL OF LADING IN GOOD CONDITION AND IS LOADED TO MY SATISFACTION.

| | Cases | Date |
|---|---|---|
| Received | | |
| Signature | | |
| Carrier | | |
| Address | | |
| Phone | | |

Freight charges are PREPAID
unless marked collect
CHECK BOX IF COLLECT ▢

**FOR FREIGHT COLLECT SHIPMENTS:**
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement

The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

_____ WFS
(Signature of Consignor)

Terms and Conditions Continued on Last Page



**EXPRESS FREIGHT SYSTEMS INC**
20 MURRAY HILL PARKWAY SUITE 270
EAST RUTHERFORD, NJ 07073
MC: 523258 P: 201-842-8700 F: 201-842-8701

| LOAD NUMBER |
|---|
| 47571 |
| 9/14/2018 |

## DISPATCH CONFIRMATION

| Carrier: | YMB ENTERPRIESES INC. | MCID#: | 598327 | Driver: |
| | BROOKLYN , NY | Reference: | | Cell: |
| Ph/Fax: | 718 602 2000    x 201 | Trailer: | | Truck: |
| Attn | VOLVIE | | | |

**Load Info**                                    The Following Pay Is Authorized For This Load

| Pieces: | 920 | Miles: | 0 | Pay Code | | Pay Type | | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| Space: | 0 | Pallets: | 19 | Load | | Flat | | 1,100.00 | 1,100.00 |
| Act Wgt: | 42272 | Type: | Dry 53FT | | | | | Total | 1,100.00 |
| As Wgt: | 42272 | Trailer: | | | | | | | |
| Value: | | | | | | | | | |

| Stop | S/C | From | To | Name Address | City Phone | St Zip | Ref Contact | Appt Appt Ref |
|---|---|---|---|---|---|---|---|---|
| 1 | P/U *MON* | 9/17 14:00 | 9/17 14:00 | FURMANO FOODS 770 CANNERY RD | NORTHUMBERLAND 570-473-4504 | PA 17857 | 235608 *PICK UP* | No |
| 2 | Deliver *TUES* | 9/18 10:30 | 9/18 10:30 | JETRO CASH & CARRY/BROOKL 566 HAMILTON AVE | BROOKLYN 718-768-0555 | NY 11232 | 11047242000 | No |

| Commodity | Description Reference | Pieces | Weight |
|---|---|---|---|
| | | 920 | 42,272 |
| | Totals | 920 | 42,272 |

ALL DRIVERS MUST CALL 201-842-8700 FOR DISPATCH  2 HOURS BEFORE APPOINTMENT TIME,  OR LOAD WILL BE TAKEN OFF CARRIER.   APPT TIMES ARE NOT TO BE CHANGED.   DRIVERS ARE RESPONSIBLE FOR COUNTING PRODUCT AT SHIPPER AND MAKING SURE NUMBER OF CASES SIGNED FOR MATCHES NUMBER OF CASES DELIVERED. ANY SHORTAGES OR DAMAGES MUST BE REPORTED AT TIME OF PICK UP AND DELIVERY. ANY EXTRA CHARGES MUST BE APPROVED BY DISPATCH AS SOON AS LOAD IS COMPLETED. ALL PICK UP  AND DELIVERY BILLS OF LADING AND LUMPER RECEIPTS MUST ACCOMPANY INVOICE. DEDUCTIONS WILL APPLY FOR NOT FOLLOWING THE ABOVE PROCEDURES.
*****FOR PROMPT PAYMENT PLEASE EMAIL ALL PODs  WITH AN INVOICE TO judy@expfreight.com*****

| _EXPRESS_ YOUR TRANSPORTATION SOLUTION YOU ASK  WE DELIVER | 9/14/18 | | 9/14/18 |
|---|---|---|---|
| EXPRESS FREIGHT SYSTEMS INC | DATE: | YMB ENTERPRIESES INC. | DATE: |

YMB 000535



916-33

**FURMANO FOODS**
770 Cannery Road
Northumberland, PA 17857
Phone: (570) 473-3516

**UNIFORM STRAIGHT BILL OF LADING**
ORIGINAL - NOT NEGOTIABLE - FOB ORIGIN

20180914-0029

**(SHIPPER/CONSIGNOR)**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all of the terms and conditions not prohibited by law, whether printed or written, herein contained including the conditions on page two, which are hereby agreed to by the Shipper, the Receiver and the Carrier, and their assigns Shipper, Receiver and Carrier certify that they are familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to accepted.

| Consignee | |
|---|---|
| RD / JETRO C&C #110 HAMILTON | Furmano Order No: 235608 |
| UNIPRO # 2750-03 | Load No: 120764-2 |
| 566 HAMILTON AVE | Customer PO: 11047242000 |
| BROOKLYN, NY 11232 | Shipped: 9/17/2018 5:26:23 PM |
| 718-768-0555 | |

| Product No. | UPC No. | Description | Qt Order | Qt Ship | Lot | Qty |
|---|---|---|---|---|---|---|
| 235876 | 760695014750 | 6/10 CHEF'S QUALITY BLACK BNS BRINE | 56 | 56 | C8247 | 56 |
| 250876 | 760695014736 | 6/10 CHEF'S QUALITY CHICK PEAS | 336 | 336 | A8251 | 46 |
| | | | | | D8236 | 234 |
| | | | | | E8236 | 56 |
| 27E876 | 760695009220 | 6/10 CHEF'S QUALITY TOMATO SAUCE | 24 | 24 | B8177 | 24 |
| 283876 | 760695014743 | 6/10 CHEF'S QUALITY DK KIDNEYS BRINE | 56 | 56 | B8243 | 56 |
| 292876 | 760695014774 | 6/10 CHEF'S QUALITY WHITE KIDNEYS BNS | 32 | 32 | E8233 | 32 |
| 335868 | 760695019649 | 6/10 ISABELLA MARINARA SAUCE SP | 56 | 56 | L7256 | 56 |
| 402876 | 760695018475 | 6/10 CHEF'S QUALITY CRUSH TOM | 24 | 24 | K7266 | 24 |
| 442868 | 760695002573 | 6/10 ISABELLA DICED TOM | 56 | 56 | A7277 | 56 |
| 453876 | 760695009237 | 6/10 CHEF'S QUALITY HVY PUREE | 56 | 56 | A8194 | 56 |
| 480868 | 760695002559 | 6/10 ISABELLA PEELED TOM | 168 | 168 | H7280 | 168 |
| 918876 | 760695014804 | 6/10 CHEF'S QUALITY XFCY VEG BNS | 8 | 8 | A8228 | 8 |
| 924876 | 760695014767 | 6/10 CHEF'S QUALITY FCY GRT NORTHERNS | 16 | 16 | C8226 | 16 |
| F10259 | 041188042871 | 6/10 FURO CHILI SAUCE | 8 | 8 | C8172 | 8 |
| F12263 | 041188840910 | 6/10 BELVIS PIZZA SAUCE | 8 | 8 | L7241 | 8 |
| F12265 | 041188041638 | 6/10 FURO TOMATO SAUCE | 16 | 16 | A8144 | 16 |

Instructions: (none)

| Pallets | shipped: 0 | return | Chep: 22 | |
|---|---|---|---|---|
| | Trailer: 53449 | | Seal: 0141968 | |
| Total Cases: 920 | | | Total Weight: 42,272 | Packer Signature |

**VEHICLE ACCEPT INSPECTION**

CHECK BOX IF COLLECT

I CERTIFY THAT I HAVE RECEIVED THE QUANTITY AND TYPE OF GOODS STATED IN THIS BILL OF LADING IN GOOD CONDITION AND IS LOADED TO MY SATISFACTION.

**FOR FREIGHT COLLECT SHIPMENTS:**
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:

The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

WFS
(Signature of Consignor)

| Received | Cases | Date |
|---|---|---|
| Signature | | |
| Carrier | | |
| Address | | |
| Phone | | |

Terms and Conditions Continued on Last Page

(EXPRESS)

EXPRESS FREIGHT SYSTEMS INC
20 MURRAY HILL PARKWAY SUITE 270
EAST RUTHERFORD, NJ 07073
MC 523258 P 201-842-8700 F. 201-842-8701

LOAD NUMBER
47677

9/18/2018

## DISPATCH CONFIRMATION

| Carrer | YMB ENTERPRIESES INC | MCID#: | 598327 | Driver: |
| | BROOKLYN . NY | Reference: | | Cell |
| Ph/Fax | 718 602 2000   x 201 | Trailer: | | Truck: |
| Attn | VOLVIE | | | |

Load Info                                        The Following Pay Is Authorized For This Load

| Pieces | 944 | Miles. | 0 | Pay Code | | Pay Type | | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| Space | 0 | Pallets: | 19 | Load | | Flat | | 1,100.00 | 1,100.00 |
| Act Wgt | 43536 | Type | Dry 53FT | | | | | Total | 1,100.00 |
| As Wgt | 43536 | Trailer: | | | | | | | |
| Value: | | | | | | | | | |

| Stop | S/C | From | To | Name / Address | City / Phone | St / Zip | Ref / Contact | Appt / Appt Ref |
|---|---|---|---|---|---|---|---|---|
| 1 | P/U | 9/20 15 30 | 9/20 15 30 | FURMANO FOODS 770 CANNERY RD | NORTHUMBERLAND 570-473-4504 | PA 17857 | 235954 ELLEN/LINDA/BIL | No |
| 2 | Deliver | 9/21 13:00 | 9/21 13 00 | RESTAURANT DEPOT / JETRO 43-40 57TH AVE | MASPETH 718 707 9330 | NY 11378 | 16318400000 BETTY/ALISHA | No |

| Commodity | Description / Reference | Pieces | Weight |
|---|---|---|---|
| | | 944 | 43,536 |
| Totals | | 944 | 43,536 |

53 DRY VAN

ALL DRIVERS MUST CALL 201-842-8700 FOR DISPATCH 2 HOURS BEFORE APPOINTMENT TIME, OR LOAD WILL BE TAKEN OFF CARRIER  APPT TIMES ARE NOT TO BE CHANGED  DRIVERS ARE RESPONSIBLE FOR COUNTING PRODUCT AT SHIPPER AND MAKING SURE NUMBER OF CASES SIGNED FOR MATCHES NUMBER OF CASES DELIVERED. ANY SHORTAGES OR DAMAGES MUST BE REPORTED AT TIME  OF PICK UP AND DELIVERY  ANY EXTRA CHARGES MUST BE APPROVED BY DISPATCH AS SOON AS LOAD IS COMPLETED  ALL PICK UP AND DELIVERY BILLS OF LADING AND LUMPER RECEIPTS MUST ACCOMPANY INVOICE  DEDUCTIONS WILL APPLY FOR NOT FOLLOWING THE ABOVE PROCEDURES.
*****FOR PROMPT PAYMENT PLEASE EMAIL ALL PODs WITH AN INVOICE TO judy@expfreight.com*****

| (EXPRESS) YOUR TRANSPORTATION SOLUTION YOU ASK  WI DELIVER | 9/18/18 | | 9/18/18 |
|---|---|---|---|
| EXPRESS FREIGHT SYSTEMS INC | DATE: | YMB ENTERPRIESES INC. | DATE: |

347 5177928



**FURMANO FOODS**
770 Cannery Road
Northumberland, PA 17857
Phone: (570) 473-3516

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE - FOB ORIGIN

(SHIPPER/CONSIGNOR)

The property described below in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below which said carrier... consigns to carry to its usual place of delivery at said destination, if on its own... line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all of the terms and conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Shipper, Receiver and Carrier certify that they are familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to be accepted.

RD / JETRO C&C #163 MASPETH
UNIPRO # 2752-30
43-40 57TH AVE
MASPETH, NY 11378
718-707-9330

Furmano Order No: 235954

Load No: 121943

Customer PO: 16318400000

Shipped: 9/20/2018 6:30:29 PM

| Product No. | UPC No. | Description | Qt Order | Qt Ship | Lot | Qty |
|---|---|---|---|---|---|---|
| 250876 | 760695014736 | 6/10 CHEF'S QUALITY CHICK PEAS | 560 | 560 | E8250 | 560 |
| 292876 | 760695014774 | 6/10 CHEF'S QUALITY WHITE KIDNEYS BNS | 16 | 16 | D8233 | 16 |
| 442868 | 760695002573 | 6/10 ISABELLA DICED TOM | 40 | 40 | B7291 | 40 |
| 480868 | 760695002559 | 6/10 ISABELLA PEELED TOM | 280 | 280 | H7280 | 280 |
| 72D868 | 760695001071 | 6/10 ISABELLA SUPER HVY PIZZA SAUCE | 32 | 32 | L7277 | 32 |
| F10377 | 041188041584 | 6/10 FURO HOME-STYLE SPAG SAUCE | 16 | 16 | K7256 | 16 |

Instructions: (none)

Pallets      shipped: D         return_____      Chep: 19

Trailer: 576076                              Seal: 0142072

Total Cases: 944                    Total Weight 43,328          Packer Signature: _____

20180920 - 0004

# VEHICLE
# ACCEPT
# INSPECTION

I CERTIFY THAT I HAVE RECEIVED THE QUANTITY AND TYPE OF GOODS STATED IN
THIS BILL OF LADING IN GOOD CONDITION AND IS LOADED TO MY SATISFACTION.

|   |   | Cases | Date |
|---|---|---|---|
| Received |   |   |   |
| Signature | Maspeth #63 |   |   |
|   | Date 09/21/18 |   |   |
| Carrier |   | PO# | 744 |
|   |   | *Cases | 944 |
| Address |   | Chep Pallets | |
|   | Ave Temp |   |   |

Freight charges are PREPAID
unless marked collect.
CHECK BOX IF COLLECT

FOR FREIGHT COLLECT SHIPMENTS
If this shipment is to be delivered to the consignee,
without recourse on the consignor, the consignor shall
sign the following statement:

The carrier may decline to make delivery of this
shipment without payment of freight and all other lawful
charges.

WFS
(Signature of Consignor)

YMB 000533



**EXPRESS FREIGHT SYSTEMS INC**
20 MURRAY HILL PARKWAY SUITE 270
EAST RUTHERFORD, NJ 07073
MC 523258 P 201-842-8700 F: 201-842-8701

| LOAD NUMBER |
| --- |
| 47971 |
| 10/9/2018 |

## DISPATCH CONFIRMATION

| Carrier: | YMB ENTERPRIESES INC | MCID# | 598327 | Driver |
| --- | --- | --- | --- | --- |
| | BROOKLYN , NY | Reference: | | Cell: |
| Ph/Fax | 718 602 2000    x 201 | Trailer: | | Truck: |
| Attn | VOLVIE | | | |

| Load Info | | | | The Following Pay Is Authorized For This Load |

| Pieces: | 899 | Miles: | 0 | Pay Code | Pay Type | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Space: | 0 | Pallets | 19 | Load | Flat | 1,100.00 | 1,100.00 |
| Act Wgt | 41944 | Type: | Dry 53FT | | | Total | 1,100.00 |
| As Wgt: | 41944 | Trailer: | | | | | |
| Value | | | | | | | |

| Stop | S/C | From | To | Name<br>Address | City<br>Phone | St<br>Zip | Ref<br>Contact | Appt<br>Appt Ref |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | P/U | 10/11<br>13:00 | 10/11<br>13:00 | FURMANO FOODS<br>770 CANNERY RD | NORTHUMBERLAND<br>570-473-4504 | PA<br>17857 | 236196<br>ELLEN/LINDA/BIL | No |
| 2 | Deliver | 10/12<br>07:00 | 10/12<br>07:00 | TERI-NICHOLS INT FOODS<br>10101-C AVENUE D | BROOKLYN<br>718 617 4195 | NY<br>11236 | 121322<br>THELMA/CONNIE | No |

| Commodity | Description<br>Reference | | Pieces | Weight |
| --- | --- | --- | --- | --- |
| | | | 899 | 41,944 |
| | | Totals | 899 | 41,944 |

53 DRY VAN

ALL DRIVERS MUST CALL 201-842-8700 FOR DISPATCH 2 HOURS BEFORE APPOINTMENT TIME  OR LOAD WILL BE
TAKEN OFF CARRIER   APPT TIMES ARE NOT TO BE CHANGED.   DRIVERS ARE RESPONSIBLE FOR COUNTING
PRODUCT AT SHIPPER AND MAKING SURE NUMBER OF CASES SIGNED FOR MATCHES NUMBER OF CASES
DELIVERED  ANY SHORTAGES OR DAMAGES MUST BE REPORTED AT TIME  OF PICK UP AND DELIVERY  ANY EXTRA
CHARGES MUST BE APPROVED BY DISPATCH AS SOON AS LOAD IS COMPLETED  ALL PICK UP  AND DELIVERY BILLS
OF LADING AND LUMPER RECEIPTS MUST ACCOMPANY INVOICE  DEDUCTIONS WILL APPLY FOR NOT FOLLOWING
THE ABOVE PROCEDURES
*****FOR PROMPT PAYMENT PLEASE EMAIL ALL PODs  WITH AN INVOICE TO judy@expfreight.com*****

| EXPRESS YOUR TRANSPORTATION SOLUTION | 10/9/18 | | 10/9/18 |
| --- | --- | --- | --- |
| EXPRESS FREIGHT SYSTEMS INC | DATE: | YMB ENTERPRIESES INC | DATE: |

YMB 000541



**FURMANO FOODS**
770 Cannary Road
Northumberland, PA 17857.
Phone: (570) 473-3516

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE - POD ORIGIN

(SHIPPER/CONSIGNOR)

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked consigned and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to accepted.

| | |
|---|---|
| TERI-NICHOLS INT FOODS | Furmano Order No.: 235747 |
| 10101 -C AVE D | Load No.: 125554 |
| BROOKLYN, NY 11236 | Customer PO: 121125 |
| 718-617-4195 | Shipped: 10/8/2018 2:40:50 PM |

| Product No. | UPC No. | Description | Qt Order | Qt Ship | Lot | Qty |
|---|---|---|---|---|---|---|
| F11390 | 041188046466 | 6/10 FURO NSA DICED TOM | 56 | 56 | G8233 | 56 |
| F11619GS | 041188047388 | 6/10 GS FURO XFCY CHICK PEAS LSAN | 448 | 448 | C8237 | 448 |
| F11623GS | 041188047425 | 6/10 GS FURO BLACK BNS BRINE LSAN | 448 | 448 | H8226 | 448 |

Instructions: (none)

Shipped: 17    return_____    Chep: 0

GT003451    Seal: 0141025

962    Total Weight: 44,576    Packer Signature:

952
CSE
TOTAL

**VEHICLE ACCEPT INSPECTION**

*Napoleon Aguilar* 10/09/18

I CERTIFY THAT I HAVE RECEIVED THE QUANTITY AND TYPE OF GOODS STATED IN THIS BILL OF LADING IN GOOD CONDITION AND IS LOADED TO MY SATISFACTION.

|  | Cases | Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Terms and Conditions Continued on Last Page

Freight charges are PREPAID unless marked collect.
CHECK BOX IF COLLECT ☐

FOR FREIGHT COLLECT SHIPMENTS:
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:

The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

_____WES_____
(Signature of Consignor)



EXPRESS FREIGHT SYSTEMS INC
20 MURRAY HILL PARKWAY SUITE 270
EAST RUTHERFORD, NJ 07073
MC: 523258 P: 201-842-8700 F: 201-842-8701

**LOAD NUMBER**
**47971**

10/11/2018

## DISPATCH CONFIRMATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Carrier | YMB ENTERPRIESES INC | | | MCID#: | 598327 | Driver: | |
| | BROOKLYN, NY | | | Reference: | | Cell: | |
| Ph/Fax | 718 602 2000 | x 201 | | Trailer: | | Truck: | |
| Attn: | VOLVIE | | | | | | |

| | | Load Info | | | The Following Pay Is Authorized For This Load | | |
|---|---|---|---|---|---|---|---|
| Pieces | 899 | Miles: | 0 | Pay Code | Pay Type | Rate | Total |
| Space: | 0 | Pallets: | 19 | Load | Flat | 1,100 00 | 1,100.00 |
| Act Wgt: | 41944 | Type: | Dry 53FT | | | Total | 1,100.00 |
| As Wgt | 41944 | Trailer: | | | | | |
| Value | | | | | | | |

| Stop | S/C | From | To | Name / Address | City / Phone | St / Zip | Ref / Contact | Appt / Appt Ref |
|---|---|---|---|---|---|---|---|---|
| 1 | P/U | 10/11 13:00 | 10/11 13.00 | FURMANO FOODS 770 CANNERY RD | NORTHUMBERLAND 570-473-4504 | PA 17857 | 236196 ELLEN/LINDA/BIL | No |
| 2 | Deliver | 10/12 07 00 | 10/12 07 00 | TERI-NICHOLS INT FOODS 10101-C AVENUE D | BROOKLYN 718 617 4195 | NY 11236 | 121322 THELMA/CONNIE | No |

| Commodity | Description Reference | Pieces | Weight |
|---|---|---|---|
| | | 899 | 41,944 |
| | Totals | 899 | 41,944 |

53 DRY VAN

ALL DRIVERS MUST CALL 201-842-8700 FOR DISPATCH 2 HOURS BEFORE APPOINTMENT TIME. OR LOAD WILL BE
TAKEN OFF CARRIER APPT TIMES ARE NOT TO BE CHANGED DRIVERS ARE RESPONSIBLE FOR COUNTING
PRODUCT AT SHIPPER AND MAKING SURE NUMBER OF CASES SIGNED FOR MATCHES NUMBER OF CASES
DELIVERED. ANY SHORTAGES OR DAMAGES MUST BE REPORTED AT TIME OF PICK UP AND DELIVERY ANY EXTRA
CHARGES MUST BE APPROVED BY DISPATCH AS SOON AS LOAD IS COMPLETED. ALL PICK UP AND DELIVERY BILLS
OF LADING AND LUMPER RECEIPTS MUST ACCOMPANY INVOICE DEDUCTIONS WILL APPLY FOR NOT FOLLOWING
THE ABOVE PROCEDURES.
****FOR PROMPT PAYMENT PLEASE EMAIL ALL PODs WITH AN INVOICE TO judy@expfreight com****

| | | |
|---|---|---|
| YOUR TRANSPORTATION SOLUTION YOU ASK WE DELIVER | 10/11/18 | 10/11/18 |
| EXPRESS FREIGHT SYSTEMS INC | DATE: | YMB ENTERPRIESES INC. | DATE: |

YMB 000543



**FURMANO FOODS**

770 Cannery Road
Northumberland, PA 17857
Phone: (570) 473-3516

**UNIFORM STRAIGHT BILL OF LADING**

ORIGINAL - NOT NEGOTIABLE - FOB ORIGIN

(SHIPPER/CONSIGNOR)

The property described below in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all of the terms and conditions not prohibited by law, whether printed or written herein contained, including the conditions on page two, which are hereby agreed to by the Shipper, the Receiver and the Carrier, and their assigns. Shipper, Receiver and Carrier certify that they are familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to accepted.

**Consignee:**
TERI-NICHOLS INT FOODS
10101 -C AVE D

BROOKLYN, NY 11236
718-617-4195

Furmano Order No: 236196

Load No: 125205-2

Customer PO: 121322

Shipped: 10/11/2018 2:45:57 PM

| Product No. | UPC No. | Description | Qt Order | Qt Ship | Lot | Qty |
|---|---|---|---|---|---|---|
| 252170 | 718414000393 | 6/10 GOLBGR FCY CHICK PEAS | 32 | 32 | L8256 | 32 |
| F10064 | 041188040433 | 24/15.5 FURO CHICK PEAS | 3 | 3 | A8080 | 3 |
| F10292 | 041188043441 | 6/10 FURO WHITE KIDNEYS | 5 | 5 | L8263 | 5 |
| F11617GS | 041188047364 | 6/10 GS FURO DK KIDNEYS BRINE LSAN | 168 | 168 | A8032 | 56 |
| | | | | | C8192 | 112 |
| F11619GS | 041188047388 | 6/10 GS FURO XFCY CHICK PEAS LSAN | 392 | 392 | B8205 | 392 |
| F11622GS | 041188047418 | 6/10 GS FURO PINTO BNS LSAN | 336 | 336 | B8187 | 168 |
| | | | | | N8269 | 168 |

Instructions: (none)

Pallets    shipped **17**    return _____    Chep: 0

Trailer. 276576                      Seal 0141158

Total Cases **936**         Total Weight: 43,681         Packer Signature: _____

# VEHICLE
# ACCEPT
# INSPECTION

I CERTIFY THAT I HAVE RECEIVED THE QUANTITY AND TYPE OF GOODS STATED IN THIS BILL OF LADING IN GOOD CONDITION AND IS LOADED TO MY SATISFACTION.

Received _**936,**_    Cases    Date _**10/12/18**_

Signature _____

Carrier _____

Address _____

Phone _____

Freight charges are PREPAID
unless marked collect.
CHECK BOX IF COLLECT    ☐

FOR FREIGHT COLLECT SHIPMENTS
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement

The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

WFS
(Signature of Consignor)

Terms and Conditions Continued on Last Page



**EXPRESS FREIGHT SYSTEMS INC**
20 MURRAY HILL PARKWAY SUITE 270
EAST RUTHERFORD, NJ 07073
MC: 523258 P 201-842-8700 F: 201-842-8701

| LOAD NUMBER |
| --- |
| 48126 |

10/19/2018

## DISPATCH CONFIRMATION

Carrier: YMB ENTERPRIESES INC
BROOKLYN , NY
Ph/Fax. 718 602 2000   x 201
Attn   VOLVIE

MCID#:   598327
Reference:
Trailer:

Driver:
Cell:
Truck:

### Load Info

The Following Pay Is Authorized For This Load

| Pieces. | 936 | Miles: | 0 | Pay Code | Pay Type | | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Space | 0 | Pallets: | 19 | Load | Flat | | 1,050.00 | 1,050.00 |
| Act Wgt: | 43268 | Type: | Dry 53FT | | | | Total | 1,050.00 |
| As Wgt | 43268 | Trailer: | | | | | | |
| Value: | | | | | | | | |

| Stop | S/C | From | To | Name<br>Address | City<br>Phone | St<br>Zip | Ref<br>Contact | Appt<br>Appt Ref |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | P/U | 10/22<br>14:00 | 10/22<br>14:00 | FURMANO FOODS<br>770 CANNERY RD | NORTHUMBERLAND<br>570-473-4504 | PA<br>17857 | 237254<br>ELLEN/LINDA/BIL | No |
| 2 | Deliver | 10/23<br>10:30 | 10/23<br>10:30 | JETRO CASH & CARRY/BROOKL<br>566 HAMILTON AVE | BROOKLYN<br>718-768-0555 | NY<br>11232 | 11049714000<br>MECCA/ELLIE | Yes |

| Commodity | Description<br>Reference | Pieces | Weight |
| --- | --- | --- | --- |
| | | 936 | 43,268 |
| | Totals | 936 | 43,268 |

53 DRY VAN

ALL DRIVERS MUST CALL 201-842-8700 FOR DISPATCH 2 HOURS BEFORE APPOINTMENT TIME, OR LOAD WILL BE
TAKEN OFF CARRIER. APPT TIMES ARE NOT TO BE CHANGED. DRIVERS ARE RESPONSIBLE FOR COUNTING
PRODUCT AT SHIPPER AND MAKING SURE NUMBER OF CASES SIGNED FOR MATCHES NUMBER OF CASES
DELIVERED. ANY SHORTAGES OR DAMAGES MUST BE REPORTED AT TIME OF PICK UP AND DELIVERY ANY EXTRA
CHARGES MUST BE APPROVED BY DISPATCH AS SOON AS LOAD IS COMPLETED. ALL PICK UP AND DELIVERY BILLS
OF LADING AND LUMPER RECEIPTS MUST ACCOMPANY INVOICE. DEDUCTIONS WILL APPLY FOR NOT FOLLOWING
THE ABOVE PROCEDURES.
*****FOR PROMPT PAYMENT PLEASE EMAIL ALL PODs WITH AN INVOICE TO judy@expfreight.com*****

YOUR TRANSPORTATION SOLUTION
YOU ASK WE DELIVER   10/19/18
EXPRESS FREIGHT SYSTEMS INC   DATE:

YMB ENTERPRIESES INC.   10/19/18
DATE:

YMB 000545

**FURMAN**
GREAT TASTE IS A FAMILY TRADITION

**FURMANO FOODS**

770 Cannery Road
Northumberland, PA 17857
Phone: (570) 473-3516

**UNIFORM STRAIGHT BILL OF LADING**

ORIGINAL - NOT NEGOTIABLE - FOB ORIGIN

**(SHIPPER/CONSIGNOR)**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all of the terms and conditions not prohibited by law, whether printed or written, herein contained, including the conditions on page two, which are hereby agreed to by the Shipper, the Receiver and the Carrier, and their assigns.
Shipper, Receiver and Carrier certify that they are familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to accepted.

Consignee:
RD / JETRO C&C #110 HAMILTON
UNIPRO # 2750-03
566 HAMILTON AVE
BROOKLYN, NY 11232
718-768-0555

Furmano Order No: 237254

Load No: 129048

Customer PO: 11049714000

Shipped: 10/19/2018 10:59:44 PM

| Product No. | UPC No. | Description | Qt Order | Qt Ship | Lot | Qty |
|---|---|---|---|---|---|---|
| 173876 | 760695015894 | 6/10 CHEF'S QUALITY 3 BEAN SALAD NO CS | 16 | 16 | C8208 | 16 |
| 235876 | 760695014750 | 6/10 CHEF'S QUALITY BLACK BNS BRINE | 112 | 112 | C8271 | 112 |
| 250876 | 760695014736 | 6/10 CHEF'S QUALITY CHICK PEAS | 448 | 448 | A8278 | 275 |
|  |  |  |  |  | R8282 | 173 |
| 292876 | 760695014774 | 6/10 CHEF'S QUALITY WHITE KIDNEYS BNS | 56 | 56 | O8283 | 56 |
| 480868 | 760695002559 | 6/10 ISABELLA PEELED TOM | 224 | 224 | G8266 | 168 |
|  |  |  |  |  | H8279 | 56 |
| 918876 | 760695014804 | 6/10 CHEF'S QUALITY XFCY VEG BNS | 8 | 8 | K8262 | 8 |
| 922876 | 760695014828 | 6/10 CHEF'S QUALITY BLACKEYE PEAS | 8 | 8 | B8234 | 8 |
| 925876 | 760695014835 | 6/10 CHEF'S QUALITY PINTO BNS | 24 | 24 | L8275 | 24 |
| F10259 | 041188042871 | 6/10 FURO CHILI SAUCE | 8 | 8 | C8172 | 8 |
| F10377 | 041188041584 | 6/10 FURO HOME-STYLE SPAG SAUCE | 8 | 8 | K7242 | 8 |
| F10453 | 041188042819 | 6/10 FURO HVY TOMATO PUREE | 16 | 16 | B8170 | 16 |
| F12262 | 041188841016 | 6/10 BELVIS CRUSH TOM W BASIL | 8 | 8 | K7241 | 8 |

Instructions: (none)

Pallets    shipped: 0    return_____    Chep 23

Trailer: 154706

Total Cases: 936

Seal: 0141607

Total Weight 43,268

Packer Signature: **VEHICLE ACCEPT INSPECTION**

I CERTIFY THAT I HAVE RECEIVED THE QUANTITY AND TYPE OF GOODS STATED IN
THIS BILL OF LADING IN GOOD CONDITION AND IS LOADED TO MY SATISFACTION.

Received

Signature

Carrier

Address

Phone

Cases    Date

Freight charges are PREPAID
unless marked collect.
CHECK BOX IF COLLECT

FOR FREIGHT COLLECT SHIPMENTS
If this shipment is to be delivered to the consignee,
without recourse on the consignor, the consignor shall
sign the following statement:

The carrier may decline to make delivery of this
shipment without payment of freight and all other lawful
charges.

WFS
(Signature of Consignor)

Terms and Conditions Continued on Last Page

YMB 000546



**EXPRESS FREIGHT SYSTEMS INC**
20 MURRAY HILL PARKWAY SUITE 270
EAST RUTHERFORD, NJ 07073
MC: 523258 P. 201-842-8700 F: 201-842-8701

| LOAD NUMBER |
| --- |
| 48218 |

10/22/2018

## DISPATCH CONFIRMATION

Carrier: YMB ENTERPRIESES INC.
BROOKLYN , NY
Ph/Fax: 718 602 2000    x 201
Attn    VOLVIE

MCID#:    598327
Reference:
Trailer:

Driver:
Cell:
Truck:

### Load Info

The Following Pay Is Authorized For This Load

| Pieces: | 952 | Miles: | 0 | Pay Code | Pay Type | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Space: | 0 | Pallets: | 19 | Load | Flat | 1,050 00 | 1,050.00 |
| Act Wgt: | 44744 | Type: | Dry 53FT | | | Total | 1,050 00 |
| As Wgt: | 44744 | Trailer: | | | | | |
| Value | | | | | | | |

| Stop | S/C | From | To | Name<br>Address | City<br>Phone | St<br>Zip | Ref<br>Contact | Appt<br>Appt Ref |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | P/U | 10/25<br>13 00 | 10/25<br>13 00 | FURMANO FOODS<br>770 CANNERY RD | NORTHUMBERLAND<br>570-473-4504 | PA<br>17857 | 237575<br>ELLEN/LINDA/BIL | No |
| 2 | Deliver | 10/26<br>05 00 | 10/26<br>05:00 | JIN HAN FOODS<br>80 N 5TH ST | BROOKLYN<br>718-782-4001 | NY<br>11211 | MR KIM101918<br>CHOI/KIM/JUNG | No |

| Commodity | Description<br>Reference | Pieces | Weight |
| --- | --- | --- | --- |
| | | 952 | 44,744 |
| | Totals | 952 | 44,744 |

53 DRY VAN

ALL DRIVERS MUST CALL 201-842-8700 FOR DISPATCH 2 HOURS BEFORE APPOINTMENT TIME, OR LOAD WILL BE
TAKEN OFF CARRIER. APPT TIMES ARE NOT TO BE CHANGED. DRIVERS ARE RESPONSIBLE FOR COUNTING
PRODUCT AT SHIPPER AND MAKING SURE NUMBER OF CASES SIGNED FOR MATCHES NUMBER OF CASES
DELIVERED. ANY SHORTAGES OR DAMAGES MUST BE REPORTED AT TIME OF PICK UP AND DELIVERY ANY EXTRA
CHARGES MUST BE APPROVED BY DISPATCH AS SOON AS LOAD IS COMPLETED. ALL PICK UP AND DELIVERY BILLS
OF LADING AND LUMPER RECEIPTS MUST ACCOMPANY INVOICE. DEDUCTIONS WILL APPLY FOR NOT FOLLOWING
THE ABOVE PROCEDURES.
*****FOR PROMPT PAYMENT PLEASE EMAIL ALL PODs WITH AN INVOICE TO judy@expfreight.com*****

YOUR TRANSPORTATION SOLUTION
YOU ARE OUR DRIVER    10/22/18

EXPRESS FREIGHT SYSTEMS INC    DATE:

YMB ENTERPRIESES INC.    DATE:    10/22/18

YMB 000549



**FURMANO FOODS**

770 Cannery Road
Northumberland, PA 17857
Phone: (570) 473-3516

**(SHIPPER/CONSIGNOR)**

*Trailer 400*

**UNIFORM STRAIGHT BILL OF LADING**

ORIGINAL - NOT NEGOTIABLE - FOB ORIGIN

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to said destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all of the terms and conditions not prohibited by law, whether printed or written, herein contained, including the conditions on page two, which are hereby agreed to by the Shipper, the Receiver and the Carrier, and their assigns. Shipper, Receiver and Carrier certify that they are familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to be accepted.

Consignee:
JIN HAN FOOD PRODUCTS
80 N FIFTH ST

BROOKLYN, NY 11211
718-782-4001

Furmano Order No: 237575

Load No: 130899-2

Customer PO: mr.kim101918

Shipped: 10/25/2018 1:38:23 PM

| Product No. | UPC No. | Description | Qt Order | Qt Ship | Lot | Qty |
|---|---|---|---|---|---|---|
| F10235 | 041188043595 | 6/10 FURO BLACK BNS BRINE | 392 | 392 | C8271 | 56 |
| | | | | | D8290 | 56 |
| | | | | | E8290 | 280 |
| F10250 | 041188041485 | 6/10 FURO XFCY CHICK PEAS | 560 | 560 | A8278 | 440 |
| | | | | | B8227 | 64 |
| | | | | | S8282 | 56 |

Instructions: (none)

Pallets   shipped: 17   return_____   Chep: 0

Trailer: 49400   Seal: 0142705

Total Cases: 952   Total Weight: 44,744   Packer Signature: _____

# VEHICLE
# ACCEPT
# INSPECTION

10/26/18

**I CERTIFY THAT I HAVE RECEIVED THE QUANTITY AND TYPE OF GOODS STATED IN THIS BILL OF LADING IN GOOD CONDITION AND IS LOADED TO MY SATISFACTION**

| | Cases | Date |
|---|---|---|
| Received | | |
| Signature | | |
| Carrier | | |
| Address | | |
| Phone | | |

Freight charges are PREPAID
unless marked collect.
**CHECK BOX IF COLLECT**   ☐

**FOR FREIGHT COLLECT SHIPMENTS:**
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:

The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

WFS
(Signature of Consignor)

*Terms and Conditions Continued on Last Page*

# Exhibit D

Exhibit D

# Payment Receipt

**YMB Enterprises Inc.**
**563 Flushing Ave. #1B**
**Brooklyn, NY  11206**

**Received From:**
Express Freight System
Express Freight System
20 Murray Hill Parkway #270
East Rutherford NJ 07073

| | | | | |
|---|---|---|---|---|
| **Date Received** | 11/06/2018 | | **Payment Amount** | $997.50 |
| **Payment Method** | Check | | | |
| **Check/Ref. No.** | 32904 | | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 10/29/2018 | 139771 | -$997.50 |

# Payment Receipt

**YMB Enterprises Inc.**
**563 Flushing Ave. #1B**
**Brooklyn, NY 11206**

**Received From:**
Express Freight System
Express Freight System
20 Murray Hill Parkway #270
East Rutherford NJ 07073

| | | | |
|---|---|---|---|
| **Date Received** | 10/29/2018 | **Payment Amount** | $997.50 |
| **Payment Method** | Check | | |
| **Check/Ref. No.** | 32853 | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 10/23/2018 | 139580 | -$997.50 |

Payment Receipt

**YMB Enterprises Inc.**
**563 Flushing Ave. #1B**
**Brooklyn, NY 11206**

**Received From:**

Express Freight System
Express Freight System
20 Murray Hill Parkway #270
East Rutherford NJ 07073

| | | | |
|---|---|---|---|
| **Date Received** | 10/23/2018 | **Payment Amount** | $2,145.00 |
| **Payment Method** | Check | | |
| **Check/Ref. No.** | 32848 | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 09/17/2018 | 138719 | -$1,045.00 |
| 10/16/2018 | 139324 | -$1,100.00 |

Payment Receipt

**YMB Enterprises Inc.**

**563 Flushing Ave. #1B**

**Brooklyn, NY 11206**

**Received From:**

Express Freight System

Express Freight System

20 Murray Hill Parkway #270

East Rutherford NJ 07073

| | | | |
|---|---|---|---|
| **Date Received** | 10/15/2018 | **Payment Amount** | $4,180.00 |
| **Payment Method** | Check | | |
| **Check/Ref. No.** | 32755 | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 10/03/2018 | 138907 | -$1,045.00 |
| 10/03/2018 | 138908 | -$1,045.00 |
| 10/03/2018 | 138909 | -$1,045.00 |
| 10/09/2018 | 139092 | -$1,045.00 |

Payment Receipt

**YMB Enterprises Inc.**
**563 Flushing Ave. #1B**
**Brooklyn, NY 11206**

**Received From:**

Express Freight System
Express Freight System
20 Murray Hill Parkway #270
East Rutherford NJ 07073

| | | | |
|---|---|---|---|
| **Date Received** | 08/02/2018 | **Payment Amount** | $1,045.00 |
| **Payment Method** | Check | | |
| **Check/Ref. No.** | 32382 | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 07/30/2018 | 137469 | -$1,045.00 |

# Exhibit E

Exhibit E

From: Rob Rosen <Rob@expfreight.com>
Sent: Monday, August 05, 2019 5:05 PM
To: Rodney Weltman <Rodney@expfreight.com>
Subject: FW: Question

From: Stuckey, Chip <chip.stuckey@furmanos.com>
Sent: Monday, November 5, 2018 12:40 PM
To: Rob Rosen <Rob@expfreight.com>
Subject: RE: Question

YMB and Class Logistics.

From: Rob Rosen <Rob@expfreight.com>
Sent: Monday, November 5, 2018 12:31 PM
To: Stuckey, Chip <chip.stuckey@furmanos.com>
Subject: Question

The 2 carriers doing NY can you supply me names, for my own curiosity to see if I was back solicited? Thanks

Robert Rosen

1.

EF000127

Director of Sales

**Express Freight Systems Inc.**
20 Murray Hill Parkway, Suite 270, East Rutherford, NJ 07073
P- ☎ 1-201-842-8700 ;  F- 🖷 1-201-842-8701; Cell 201-615-8860
🖳 www.exnfreight.com   ✉ Rob@exnfreight.com




🌲**Think Green!**  Don't print this e-mail unless it's really necessary

"THIS ELECTRONIC MAIL MESSAGE AND ITS CONTENTS ARE INTENDED ONLY FOR THE USE OF THE ADDRESSED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT AN INTENDED RECIPIENT, OR THE AGENT RESPONSIBLE FOR DELIVERING THIS EMAIL TO THE INTENDED RECIPIENT(S), YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL.  IF YOU RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY REPLYING TO THIS EMAIL OR BY TELEPHONE, AND DELETE THE EMAIL SENT IN ERROR"

EF000128

Rodney Weltman

**Express Freight Systems Inc.**
20 Murray Hill Parkway, Suite 270, East Rutherford, NJ 07073
P-☎ 1-201-842-8700 | F-🖨 1-201-842-8701
💻 www.expfreight.com | ✉ Rodney@expfreight.com



🌿 **Think Green!** Don't print this e-mail unless it's really necessary

"THIS ELECTRONIC MAIL MESSAGE AND ITS CONTENTS ARE INTENDED ONLY FOR THE USE OF THE ADDRESSED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT AN INTENDED RECIPIENT, OR THE AGENT RESPONSIBLE FOR DELIVERING THIS EMAIL TO THE INTENDED RECIPIENT(S), YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY REPLYING TO THIS EMAIL OR BY TELEPHONE, AND DELETE THE EMAIL SENT IN ERROR"

**From:** Rob Rosen <Rob@expfreight.com>
**Sent:** Thursday, October 11, 2018 4:29 PM
**To:** Rodney Weltman <Rodney@expfreight.com>
**Subject:** FW: Hello you slow?

fyi

**From:** Stuckey, Chip [mailto:chip.stuckey@furmanos.com]
**Sent:** Thursday, October 11, 2018 4:17 PM
**To:** Rob Rosen
**Subject:** RE: Hello you slow?

I appreciate what you have done for Furmanos. We must be ever vigilant with costs for ourselves and our customers.

**From:** Rob Rosen <Rob@expfreight.com>
**Sent:** Thursday, October 11, 2018 4:15 PM
**To:** Stuckey, Chip <chip.stuckey@furmanos.com>
**Subject:** RE: Hello you slow?

Well keep me in loop I need the business.

1

EF000125

**From:** Stuckey, Chip [mailto:chip.stuckey@furmanos.com]
**Sent:** Thursday, October 11, 2018 4:02 PM
**To:** Rob Rosen
**Subject:** RE: Hello you slow?

Unsolicited carriers have underpriced you. I have tendered a few loads to them to see if their service matches yours. They are about $100 less. I won't abandon someone like you for less.

---

**From:** Rob Rosen <Rob@expfreight.com>
**Sent:** Thursday, October 11, 2018 3:52 PM
**To:** Stuckey, Chip <chip.stuckey@furmanos.com>
**Subject:** Hello you slow?

I do not seem to be seeing any freight anything I need to know about? Thank you

Robert Rosen
Director of Sales

Express Freight Systems Inc.
20 Murray Hill Parkway, Suite 270, East Rutherford, NJ 07073
P-☎ 1-201-842-8700 ; F-📠 1-201-842-8701; Cell 201-615-3860
💻 www.expfreight.com  ✉ Rob@expfreight.com

 

🍃 **Think Green!**  Don't print this e-mail unless it's really necessary

"THIS ELECTRONIC MAIL MESSAGE AND ITS CONTENTS ARE INTENDED ONLY FOR THE USE OF THE ADDRESSED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT AN INTENDED RECIPIENT, OR THE AGENT RESPONSIBLE FOR DELIVERING THIS EMAIL TO THE INTENDED RECIPIENT(S), YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY REPLYING TO THIS EMAIL OR BY TELEPHONE, AND DELETE THE EMAIL SENT IN ERROR"

2

EF000126

# Exhibit F

**Exhibit F**

| | |
|---|---|
| **From:** | Stuckey, Chip <chip.stuckey@furmanos.com> |
| **Sent:** | Monday, January 7, 2019 1:53 PM |
| **To:** | Rodney Weltman |
| **Subject:** | FW: YMB payments |
| **Attachments:** | Vendor Payment History (1).xlsx |

This should represent all the YMB business we have done directly through them.

**From:** Daniels, Marley <marley.daniels@furmanos.com>
**Sent:** Monday, January 7, 2019 1:50 PM
**To:** Stuckey, Chip <chip.stuckey@furmanos.com>
**Subject:** YMB payments

1

**EF000132**

# Vendor Payment History

## YMB ENTERPRISE - #7466

| Invoice | Dated | Due | Amount | Payment ID | Date Paid | Method |
|---------|-------|-----|--------|-----------|-----------|--------|
| 141412 | 12/12/2018 | 1/11/2019 | $1,100.00 | | | Electronic |
| 141352 | 12/11/2018 | 1/11/2019 | $1,300.00 | | | Electronic |
| 141142 | 12/5/2018 | 1/4/2019 | $1,100.00 | 800045110 | 1/4/2019 | Electronic |
| 141015 | 12/3/2018 | 1/2/2019 | $1,300.00 | 800045110 | 1/4/2019 | Electronic |
| 140803 | 11/27/2018 | 12/27/2018 | $1,300.00 | 800045034 | 12/28/2018 | Electronic |
| 140737 | 11/26/2018 | 12/26/2018 | $1,100.00 | 800045034 | 12/28/2018 | Electronic |
| 140636 | 11/21/2018 | 12/21/2018 | $1,100.00 | 800044954 | 12/21/2018 | Electronic |
| 140337 | 11/13/2018 | 12/14/2018 | $1,100.00 | 800044869 | 12/14/2018 | Electronic |
| 140336 | 11/13/2018 | 12/14/2018 | $1,100.00 | 800044869 | 12/14/2018 | Electronic |
| 140283 | 11/12/2018 | 12/13/2018 | $1,100.00 | 800044869 | 12/14/2018 | Electronic |
| 140284 | 11/12/2018 | 12/13/2018 | $1,300.00 | 800044869 | 12/14/2018 | Electronic |
| 140182 | 11/8/2018 | 12/8/2018 | $1,100.00 | 800044749 | 12/6/2018 | Electronic |
| 140065 | 11/6/2018 | 12/6/2018 | $1,300.00 | 800044749 | 12/6/2018 | Electronic |
| 140008 | 11/5/2018 | 12/6/2018 | $1,100.00 | 800044749 | 12/6/2018 | Electronic |
| 139772 | 10/29/2018 | 11/28/2018 | $1,100.00 | 800044656 | 11/29/2018 | Electronic |
| 139684 | 10/25/2018 | 11/24/2018 | $1,100.00 | 800044656 | 11/29/2018 | Electronic |
| 139532 | 10/22/2018 | 11/22/2018 | $1,300.00 | 800044656 | 11/29/2018 | Electronic |
| | | 35 Payments | $39,900.00 | | | |

## NET 30 DAYS

**Voucher**



300011

299884

299693

299337

299096

298875

298874

298606

298519

298522

298517

298605

298076

298075

297535

297534

297181

EEF000134

# Exhibit G

Exhibit G

# YMB Enterprises Inc.
## Invoices for Furmano's Food
### All Transactions

| Num | Date | Due Date | Amount |
|---|---|---|---|
| 141557 | 12/17/2018 | 01/16/2019 | 1,100.00 |
| 141412 | 12/12/2018 | 01/11/2019 | 1,100.00 |
| 141413 | 12/12/2018 | 01/11/2019 | 1,100.00 |
| 141352 | 12/11/2018 | 01/10/2019 | 1,300.00 |
| 141190 | 12/06/2018 | 01/05/2019 | 1,100.00 |
| 141142 | 12/05/2018 | 01/04/2019 | 1,100.00 |
| 141075 | 12/04/2018 | 01/03/2019 | 1,100.00 |
| 141016 | 12/03/2018 | 01/02/2019 | 1,300.00 |
| 140865 | 11/29/2018 | 12/29/2018 | 1,100.00 |
| 140903 | 11/27/2018 | 12/27/2018 | 1,300.00 |
| 140804 | 11/27/2018 | 12/27/2018 | 1,100.00 |
| 140737 | 11/26/2018 | 12/26/2018 | 1,100.00 |
| 140738 | 11/26/2018 | 12/26/2018 | 1,300.00 |
| 140636 | 11/21/2018 | 12/21/2018 | 1,100.00 |
| 140565 | 11/20/2018 | 12/20/2018 | 1,100.00 |
| 140512 | 11/19/2018 | 12/19/2018 | 1,100.00 |
| 140535 | 11/13/2018 | 12/13/2018 | 1,100.00 |
| 140536 | 11/13/2018 | 12/13/2018 | 1,100.00 |
| 140337 | 11/13/2018 | 12/13/2018 | 1,100.00 |
| 140338 | 11/13/2018 | 12/13/2018 | 1,100.00 |
| 140282 | 11/12/2018 | 12/12/2018 | 1,100.00 |
| 140283 | 11/12/2018 | 12/12/2018 | 1,100.00 |
| 140284 | 11/12/2018 | 12/12/2018 | 1,300.00 |
| 140181 | 11/08/2018 | 12/08/2018 | 1,100.00 |
| 140182 | 11/08/2018 | 12/08/2018 | 1,100.00 |
| 140120 | 11/07/2018 | 12/07/2018 | 1,100.00 |
| 140065 | 11/06/2018 | 12/06/2018 | 1,300.00 |
| 140066 | 11/06/2018 | 12/06/2018 | 1,100.00 |
| 140008 | 11/05/2018 | 12/05/2018 | 1,100.00 |
| 139823 | 10/30/2018 | 11/29/2018 | 1,100.00 |
| 139772 | 10/29/2018 | 11/28/2018 | 1,100.00 |
| 139773 | 10/29/2018 | 11/28/2018 | 1,300.00 |
| 139684 | 10/25/2018 | 11/24/2018 | 1,100.00 |
| 139579 | 10/23/2018 | 11/22/2018 | 1,100.00 |
| 139532 | 10/22/2018 | 11/21/2018 | 1,300.00 |
| 139439 | 10/18/2018 | 11/17/2018 | 1,100.00 |
| **Total** | | | **41,000.00** |

EF000137

# Payment Receipt

**YMB Enterprises Inc.**
563 Flushing Ave. #1B
Brooklyn, NY 11206

**Received From:**
Furmano's Food
Furmano's Food

| | | | |
|---|---|---|---|
| **Date Received** | 12/03/2018 | **Payment Amount** | $8,100.00 |
| **Payment Method** | E-Check | | |
| **Check/Ref. No.** | | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 10/18/2018 | 139439 | -$1,100.00 |
| 10/22/2018 | 139532 | -$1,300.00 |
| 10/23/2018 | 139579 | -$1,100.00 |
| 10/25/2018 | 139684 | -$1,100.00 |
| 10/29/2018 | 139772 | -$1,100.00 |
| 10/29/2018 | 139773 | -$1,300.00 |
| 10/30/2018 | 139823 | -$1,100.00 |

YMB 000517

# Payment Receipt

**YMB Enterprises Inc.**
563 Flushing Ave. #1B
Brooklyn, NY 11206

**Received From:**
Furmano's Food
Furmano's Food

| | | | |
|---|---|---|---|
| **Date Received** | 12/10/2018 | **Payment Amount** | $6,800.00 |
| **Payment Method** | E-Check | | |
| **Check/Ref. No.** | | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 11/05/2018 | 140008 | -$1,100.00 |
| 11/06/2018 | 140065 | -$1,300.00 |
| 11/06/2018 | 140066 | -$1,100.00 |
| 11/07/2018 | 140120 | -$1,100.00 |
| 11/08/2018 | 140181 | -$1,100.00 |
| 11/08/2018 | 140182 | -$1,100.00 |

YMB 000518

# Payment Receipt

**YMB Enterprises Inc.**
**563 Flushing Ave. #1B**
**Brooklyn, NY 11206**

**Received From:**
Furmano's Food
Furmano's Food

| | | | |
|---|---|---|---|
| **Date Received** | 12/17/2018 | **Payment Amount** | $7,900.00 |
| **Payment Method** | E-Check | | |
| **Check/Ref. No.** | | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 11/12/2018 | 140282 | -$1,100.00 |
| 11/12/2018 | 140283 | -$1,100.00 |
| 11/12/2018 | 140284 | -$1,300.00 |
| 11/13/2018 | 140335 | -$1,100.00 |
| 11/13/2018 | 140336 | -$1,100.00 |
| 11/13/2018 | 140337 | -$1,100.00 |
| 11/13/2018 | 140338 | -$1,100.00 |

YMB 000519

# Payment Receipt

**YMB Enterprises Inc.**
**563 Flushing Ave. #1B**
**Brooklyn, NY 11206**

**Received From:**
Furmano's Food
Furmano's Food

| | | | | |
|---|---|---|---|---|
| **Date Received** | 12/31/2018 | **Payment Amount** | $5,700.00 |
| **Payment Method** | E-Check | | |
| **Check/Ref. No.** | | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 11/21/2018 | 140636 | -$1,100.00 |
| 11/26/2018 | 140737 | -$1,100.00 |
| 11/26/2018 | 140738 | -$1,100.00 |
| 11/27/2018 | 140803 | -$1,300.00 |
| 11/27/2018 | 140804 | -$1,100.00 |

YMB 000520

# Payment Receipt

**YMB Enterprises Inc.**
**563 Flushing Ave. #1B**
**Brooklyn, NY 11206**

**Received From:**
Furmano's Food
Furmano's Food

| | | | |
|---|---|---|---|
| Date Received | 01/07/2019 | **Payment Amount** | $4,600.00 |
| Payment Method | E-Check | | |
| Check/Ref. No. | | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 12/03/2018 | 141015 | -$1,300.00 |
| 12/04/2018 | 141075 | -$1,100.00 |
| 12/05/2018 | 141142 | -$1,100.00 |
| 12/06/2018 | 141190 | -$1,100.00 |

YMB 000521

# Payment Receipt

**YMB Enterprises Inc.**
**563 Flushing Ave. #1B**
**Brooklyn, NY 11206**

**Received From:**
Furmano's Food
Furmano's Food

|  |  |  |  |
|---|---|---|---|
| **Date Received** | 01/14/2019 | **Payment Amount** | $3,500.00 |
| **Payment Method** | E-Check | | |
| **Check/Ref. No.** | | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 12/11/2018 | 141352 | -$1,300.00 |
| 12/12/2018 | 141412 | -$1,100.00 |
| 12/12/2018 | 141413 | -$1,100.00 |

YMB 000522

# Payment Receipt

**YMB Enterprises Inc.**
**563 Flushing Ave. #1B**
**Brooklyn, NY 11206**

**Received From:**
Furmano's Food
Furmano's Food

| | | | |
|---|---|---|---|
| **Date Received** | 12/24/2018 | **Payment Amount** | $2,200.00 |
| **Payment Method** | E-Check | | |
| **Check/Ref. No.** | | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 11/19/2018 | 140512 | -$1,100.00 |
| 11/28/2018 | 140865 | -$1,100.00 |

YMB 000523

# Payment Receipt

**YMB Enterprises Inc.**
**563 Flushing Ave. #1B**
**Brooklyn, NY 11206**

**Received From:**
Furmano's Food
Furmano's Food

|  |  |  |  |
|---|---|---|---|
| **Date Received** | 01/22/2019 | **Payment Amount** | $2,200.00 |
| **Payment Method** | E-Check | | |
| **Check/Ref. No.** | | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 11/20/2018 | 140565 | -$1,100.00 |
| 12/17/2018 | 141567 | -$1,100.00 |

# Exhibit H

# Exhibit H

## FREIGHTGUARD REPORT

**REPORT FG38489 SUBMITTED FEBRUARY 20, 2019 12:03 PM EST**
THE FOLLOWING REPORT DOES NOT NECESSARILY REFLECT THE OPINIONS OF CARRIER411. WE DO NOT ENCOURAGE OR DISCOURAGE YOU FROM SELECTING OR CONDUCTING BUSINESS WITH THIS OR ANY OTHER COMPANY. USE YOUR OWN INDEPENDENT JUDGMENT WHEN QUALIFYING COMPANIES AND MAKING HIRING DECISIONS.

**REPORTED COMPANY**
YMB ENTERPRISES INC
199 LEE AVE STE 688
BROOKLYN, NY 11211
DOCKET: MC695327
PHONE: (718) 802-2000
FAX: (718) 732-0042
EMAIL: ACCOUNTING@YMBENTERPRISEINC.COM

**REPORTED ITEMS**
BACK-SOLICITED SHIPPER
UNETHICAL OR DECEPTIVE BUSINESS PRACTICES

**REPORT SUBMITTED BY**
RODNEY WELTMAN
EXPRESS FREIGHT SYSTEMS INCORPORATED
20 MURRAY HILL PARKWAY SUITE 270
EAST RUTHERFORD, NJ 07073
PHONE: (201) 842-8700
FAX: (201) 842-8701
EMAIL: RODNEY@EXPFREIGHT.COM

**REPORTED COMMENTS**
WE CONTRACTED CARRIER TO MOVE A LOAD FOR US. AFTER MOVING A FEW LOADS, THEY DIRECTLY BACK SOLICITED OUR CUSTOMER. I PERSONALLY SPOKE TO VOLVIE, WHO ADMITTED DOING SUCH. THEY WILL CLAIM THAT IT WAS A MUTUAL CUSTOMER BUT THAT IS A COMPLETELY NOT TRUE AS CUSTOMER SAID THEY WERE NEVER A CARRIER FOR THEM UNTIL AFTER DOING BUSINESS WITH US. THERE IS NO QUESTION ABOUT THIS, AS WE HAVE PROOF OF ALL LOADS THAT WERE DONE FOR OUR CUSTOMER. TERRIBLE WAY OF DOING BUSINESS, BEWARE!!

**RESPONSE FROM REPORTED COMPANY**
FEBRUARY 20, 2019 2:04 PM EST
YMB WAS CONTACTED BY EXPRESS TO MOVE A LOAD FOR OUR EXISTING CUSTOMER. WE HAVE PROOF THAT WE SERVICED THEM WAY BEFORE. WE ACTUALLY TOLD EXPRESS THAT THEY R OUR CUSTOMER EVEN SO; WE DECIDED TO PAY THEM COMMISH FOR THE LOADS THEY BROUGHT. EXPRESS SAID WE WILL BRING YMB MORE BUSINESS. EXPRESS VIOLATED THEIR OWN AGREEMENT BY NOT PROVIDING US INFO THAT WE REQUESTED. PLEASE BE AWARE OF SIGNING ANY CONTRACT WITH EXPRESS FREIGHT SYSTEMS AS THE EXCUSE WILL BE IT WAS A TYPO. WE TRIED TO SETTLE THIS NICELY
VOLVIE MENDLOVIC

EF000007