# LEVI HUEBNER & ASSOCIATES, PC
## ATTORNEYS AND COUNSELORS AT LAW

488 EMPIRE BOULEVARD, SUITE 100
BROOKLYN, NY 11225
TEL: (212) 354-5555
FAX: (718) 636-4444

EMAIL: NEWYORKLAWYER@MSN.COM

August 24, 2021

Honorable Judge Allyne R. Ross
225 Cadman Plaza East
Brooklyn, NY 11201

*Re:* *Express Freight Systems, Inc. v. YMB.*, **Case No. 20-cv-00186 (ARR)(LB)**

Honorable Judge Ross:

    This firm represents Defendant, YMB Enterprise Inc.

    By electronic Order dated August 5, 2021, regarding Defendant's Cross-Motion, Your Honor directed that "defendant's reply papers, if any, are due no later than August 25, 2021."

    My firm has been set back due to the loss of an associate and a paralegal who are having their own respective difficulties. Unfortunately, I have been out of pocket accompanying my wife for medical procedures.

    Due to the foregoing, I have been unable to complete the Defendant's Reply to Plaintiff's opposition to Defendants Cross-Motion.

    As such, Defendant respectfully requests that the time to serve its Reply to Plaintiff's opposition be extended one-week from August 25, 2021 to September 1, 2021.

    Defendant will be severely prejudiced if it is not granted an extension, while, Plaintiff will suffer no prejudice by a one-week extension, particularly since Plaintiff is only requesting partial summary judgment, expects to conduct post motion proceedings, and the summary judgment motion is still pending.

    This day, requesting a one-week extension, I contacted counsel for Plaintiff, who did not consent, only stating "no, my client will not authorize me to delay this matter any further."

    Respectfully submitted,

    / s / Levi Huebner

*Attorneys for YMB Enterprise Inc.*